UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

Daniel Weiskopf and
Elizabeth Weiskopf
    Plaintiffs,

v.

Tiny Cocoons Inc., Yinan Liu
also known as: Chloe and
Chris Baer
    Defendants.

CAUSE NO: 4:23-cv-00071

## APPEARANCE

To the Clerk of this court and all parties of record:

I, , state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for **Tiny Cocoons Inc., Yinan Liu and Chris Bear**

Dated: April 17th, 2024

/Daniel Zamudio, Attorney No. 26942-45
Zamudio Law Professionals, PC
233 South Colfax Street
Griffith, IN 46319
PH (219) 924-2300
FX (219) 924-2401
dan@zlawpro.com

CERTIFICATE OF SERVICE

    I hereby certify that on April 17th, 2024 I electronically filed the foregoing Appearance Form with the Clerk of the Court using the CM/ECF system, which caused it to be electronically served upon the following CM/ECF participants:

        By:    /S/ Venessa Hernandez
                Venessa Hernandez, Legal Assistant