UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Daniel Weiskopf, Elizabeth Weiskopf,<br><br>    Plaintiffs,<br><br>v.<br><br>Tiny Cocoons, Inc., Yinan Liu, also known as Chloe, Chris Baer,<br><br>    Defendants. | Case No. 4:23-CV-71<br><br>Hon. John E. Martin |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Upon the accompanying Memorandum of Law and all previously submitted materials, Plaintiffs move the Court to grant Plaintiffs leave to file an amended complaint in the form of Exhibit 1 submitted herewith.

DATED this 17th day of July, 2024.

Respectfully submitted,

*/s/ Daniel Weiskopf*
Daniel Weiskopf, *Pro se*
2012 East Miller Street
Seattle WA 98112
(646) 326-3274
dweiskopf@mcnaul.com

*/s/ Elizabeth J. Weiskopf*
Elizabeth J. Weiskopf, *Pro Se*
2012 East Miller Street
Seattle, WA 98112
(206) 579-3060
elizabeth.weiskopf@gmail.com

*Pro Se Plaintiffs*