**Appendix - A**

**05/25/2022**

# PROJECT PROPOSAL

Dan Weiskopf
Seattle, WA
20' Custom Tiny House on Wheels



**TINY COCOONS**

+1 (312)884-9268
chloe@tinycocoons.com
www.tinycocoons.com
210 E 3rd St
Brookston, IN 47923



**01**

## THE PROJECT

### SUMMARY

20' x 8'6" custom-designed tiny home on wheels built to RVIA and NOAH specification.

- Two lofts accessible by ladders. This home can accommodate 4 people with the two lofts. An area for a pull-out sofa that can accommodate up to 2.
- This home is to be built on a 20' double-axle bumper pull trailer. The bumped area on the trailer hitch adds an additional ~2'x 4' space
- The home is not to be taller than 13'6" from the ground.

### SPECs

- The house will be built with standard electric hookups, hookups to septic system and city water system.
- The kitchen package includes standard fixtures, a Farmhouse sink, matte black hardware, countertops are to be solid oak chop-block.
- The bathroom package includes a tankless water heater, single sink vanity, tiles in shower, standing shower kit, standard flushing toilet, a medicine cabinet, other essential hardware.
- Appliances include a mini-split AC, an induction cooktop, a top freezer refrigerator, washer/dryer combo.



**02**

## DESIGN EXAMPLES

### EXTERIOR

Cedar siding on the front bumpout and part of the roof. Cedar trims, charcoal grey painted exterior and charcoal grey board & batten. (charcoal color can be replaced to a different color). A exterior door on the south, storage or dog house in the trailer bumpout area.





## 02

## DESIGN EXAMPLES

### INTERIOR

LIVING ROOM
White ship-lap panels. Laminate floor.
Recessed lightings.

KITCHEN
Soft close drawers and cabinetry such
as pull-out trash bin, storage cabinets.
Oak kitchen countertop. Matte black
faucet and other essential hardware.

BATHROOM
White ship-lap panels, basic tiles in
shower, fiberglass shower kit, single
sink vanity, standard flushing toilet, a
medicine cabinet, essential hardware
and faucets in matte black.

LOFT
Two lofts, opatentially one king sized
and one queen sized with ambiance
wall-mount lights. Built-in divider.









## 03

## WORK PROCCESS

### STEP 1
100% estimated cost due as a
deposit.
DESIGN (1 week)

Our design team will provide a pro-
posed floorplan drawing and exterior
interior designs and realistic rendering.

### STEP 2
APPROVAL & REVISION

The client will review, revise and ap-
prove the design.

### STEP 3
CONSTRUCTION ( ~3 months)

The construction will be based on the
approved design. There might be minor
changes due to material availabilities.

### STEP 4
DELIVERY

We will work with a shipping company
that specializes in tiny home delivery.



# ESTIMATED COST (custom design incl.)

**20' x 8'6"  OFFER**
**$86,700**

| DESCRIPTION | PRICE |
| --- | --- |
| 20' x 8'6" Tiny Home built to RVIA and NOAH specification, 1 bathroom, 2 lofts with ladders. | $86,700 |
| Delivery of these homes is paid directly to the shipper at the time of completion. Estimated $2k - $3k to Seattle, WA. | $0 |
| Indiana Sales Tax 7.00% | $6,069 |
| **TOTAL (without certifications)** | **$92,769** |



# PAYMENT METHOD

An invoice will be sent via Stripe from Tiny Cocoons Inc.

Acceptable payment method electronically via Stripe (ACH transfer, credit card, debit card)



# 06

# TERMS & CONDITIONS

## 1. PAYMENT

Purchase terms of all homes built by Tiny Cocoons require 30% down at the time of order, 30% at the time of exterior material purchase and 40% paid at the time of interior material purchase.

## 3. CANCELLATION

Custom home purchases are non refundable. We will work with you to resell the home if circumstances change.

## 5. WARRANTY

All construction work is guaranteed for 2 years from the time of purchase on our property. We will repair any craftsmanship elements at our facility if you bring the house to us. Materials, appliances, and mechanical components are subject to the manufacturer warranty.

## 2. PROJECT TIMELINE

Delivery is to be 3 months from the start of construction, depending on material selection, availability and supply chain situation.

## 4. OTHER

This quote is good for 7 days.
Tiny Cocoons reserves the right to adjust the final costs if any unforeseen scenarios occur, such as material prices hiking.

## 6. COPYRIGHT

The architectural drawing, interior design work and content in this proposal is copyright of Tiny Cocoons - © 2022. All rights reserved.
Any redistribution or reproduction of part or all of the contents in any form is prohibited. You may not, except with our express written permission, distribute or commercially exploit the content. Nor may you transmit it or store it in any other website or other form of electronic retrieval system.

# 07

# ACCEPTANCE FORM



FULL NAME



DATE



SIGNATURE

**Appendix - B**

To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

The team is working on trims and siding on the bump out section. We are expecting the exterior door to be delivered in two to three weeks. We are also getting quotes from different window suppliers who may have these windows delivered in a reasonable time.

Thanks,
Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Sat, Oct 29, 2022 at 10:41 PM
To: Chloe Liu <chloe@tinycocoons.com>

Chloe,

Did you receive quotes from the window suppliers and get a new timeline? At some point, we should talk on the phone about alternatives and other options if there continues to be supply chain issues or delays. We would like to get this wrapped up or get a solid timeline nailed down so we can plan.

Thank you.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                    Mon, Oct 31, 2022 at 2:33 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

The fastest delivery for the windows we've quoted is Jan. 2 so far. We are still researching to see other local suppliers for a faster lead time. In the meantime, the team is working on painting and the aesthetics of the exterior. We just put the exterior door in, see attached pictures. The interior work will start soon. I am asking Chris for an estimated time frame. The installation of the cedar did take a lot longer than we expected. The team is working hard each day. We want to wrap up this project and deliver it to you as well. Please be patient and trust us on building you a well-executed tiny house.

Thanks,
Chloe

[Quoted text hidden]

---

**3 attachments**



Chloe Liu <chloe@tinycocoons.com>

---

## Form Submission - Tiny House Quote Form

14 messages

---

**Squarespace** <form-submission@squarespace.info>    Sun, May 22, 2022 at 1:56 AM
Reply-To: daniel.weiskopf@gmail.com
To: hello@tinycocoons.com

Sent via form submission from *Tiny Cocoons*

**Your Name:** Dan Weiskopf

**Email:** daniel.weiskopf@gmail.com

**Phone:** (646) 326-3274

**Tell us about your project. Location, size, amenities, preferences etc.:** we have 20 acres of waterfront land near Seattle. We will be building a vacation house but would like the Freeman (or something like it) so that my family can enjoy the property soon. It will become a guest house. The larger size of the freeman is nice. Our preference is to get something soon, so we are interested in timeline and price.

The property is currently being prepped with a site planner for guest house area and main house area. Roads, power, septic, well is going in this summer and we could customize the site for the Freeman.

**Do you have the fund, or approved mortgage already? What is your budget? :** We have the funds already.

**How did you hear about us?:** Google Search, Other

Does this submission look like spam? Report it here.

---

**Chloe Liu** <chloe@tinycocoons.com>    Mon, May 23, 2022 at 10:51 AM
To: daniel.weiskopf@gmail.com
Cc: Tiny <hello@tinycocoons.com>

Hi Dan,

Thanks for contacting us about our tiny homes. Congratulations on the 20 acres! That sounds like a wonderful project.

We specialize in custom building THOWs. We don't offer "models". Our design team will work with you on a floor plan and renderings that fit your needs before the construction. A unit similar to the Freeman specs 28'L x 8'6"W x 13'6"H costs around 130k. That includes appliances such as fridge, mini-split AC, induction cooktop, washer/dryer combo. It is a good size that you can have one bedroom and two lofts, or two lofts. Our current lead time is about 11 months right now.

We do have a 20'L x 8'6"W x 13'6"H unit in construction currently, the exterior is about to be finished. We are putting the roof and exterior door on. It was a sample unit. This particular unit will have much shorter lead time. We just released it for sale last Friday, multiple clients have shown interest. We can finish this particular unit in 3 months. It is estimated at $82k at the current specs. We can customize the floor plan, interior and exterior for you. Please see attached proposal. I'm attaching a few example layouts as well. If timing is your priority, this smaller unit might be

---

 **Gmail**

Chloe Liu <chloe@tinycocoons.com>

## Thoughts after visit--path forward
18 messages

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                            Thu, Jan 26, 2023 at 1:46 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth <elizabeth.weiskopf@gmail.com>

Chloe,

Thank you for having us out. You guys are clearly fantastic artisans, and I have no doubt that Chris's work will be wonderful. I was really impressed with his ideas, his creativity, and how much he cares about his craft. The exterior looked great. And his potential plans for the interior were brilliant.

Chris was also very straightforward with us about the progress on the house and the vast amounts of work that needed to be done. I appreciated that.

I'd like to work through two issues with you: One, I have not been happy with communication between us and I want to fix that. Two, we need to figure out a concrete path forward.

Communication

When we signed up for this house, we were clear that we were contracting with you for this house because we were in a big hurry. There are lots of emails on this between us. We even agreed to pay the entire cost in cash up front--very unusual. But we did it because we understood you needed the funds to pay for everything to get done in 12 weeks.

Since then, I feel that I've been getting information only when I bug you, and the information feels to be both vague and very optimistic that the build completion date is just around the corner. The team is hard at work, the interior will be done quickly, the build is going to be done soon, etc. Please look back through your emails and consider what I've received and how it might be perceived by me.

I was not prepared for the state of the build--my expectation was that other than a window, the house was pretty close to being shipped. I believed the house was getting shipped in January and was not corrected. I understand there have been supply chain issues, and I understand the cedar took time. And I understand that things happen. But 12 weeks has turned into potential 12 months, a bunch of projects have bumped us in line, and I did not get clear information indicating a complete change to the program. And, again from our perspective, it is really asking a lot of us to be patient without information, when we sent all of this money up front.

Moving forward, I'd ask that we receive specific deadlines for the project, and updates on the deadlines every week. If it is too difficult or time consuming to write this all down for us, we can send someone to check in on progress. We have a GC/builder in Bloomington who can help project manage this for us, and he can check in on progress and help with delays and help us understand what is going on. Let us know if that would help.

Path forward

After having talked to Beth and my builder, a May delivery of the tiny house is our hard deadline. We have a dry season out here also, and we have folks lined up to do work on the site with the house there this summer. And I plan to enjoy my property this summer with my family in a home. That was the point of this approach. So a delay beyond May won't work for us.

Chris said our project is now #1 on his list and that he believes it can ship by May--10 weeks. If you guys can make

Dan

Sent from my iPhone
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>    Sun, Mar 5, 2023 at 6:44 PM
To: Chloe Liu <chloe@tinycocoons.com>, Chris Baer <chris@tinycocoons.com>
Cc: "Weiskopf, Elizabeth J." <Elizabeth.Weiskopf@klgates.com>

Chloe, Chris,

Confirm receipt and respond please. Thank you.

Sent from my iPhone
[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>    Mon, Mar 6, 2023 at 10:41 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Chris Baer <chris@tinycocoons.com>, "Weiskopf, Elizabeth J." <Elizabeth.Weiskopf@klgates.com>

Hi Dan,

Apologies for the late response. Chris went on a material run, I'll update you later once I confirm with him. The last things I heard were that they are ordering interior finishes and the glass for the front window. I didn't hear anything about delaying the May delivery. He did mention the good electrical box wasn't in stock. He was working on getting the right one.

Thanks,
Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>    Mon, Mar 6, 2023 at 11:29 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Chris Baer <chris@tinycocoons.com>, "Weiskopf, Elizabeth J." <Elizabeth.Weiskopf@klgates.com>

Great. Please confirm once you talk to chris that we are all good. Thank you.

If there are any issues that could cause delays, let me know and I can get folks to help find the item or trouble shoot.

Dan

Sent from my iPhone
[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>    Mon, Mar 6, 2023 at 2:23 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Chris Baer <chris@tinycocoons.com>, "Weiskopf, Elizabeth J." <Elizabeth.Weiskopf@klgates.com>

Hi Dan,

Chris said everything is moving forward and on track. If there is a hold up, it will be the window glass they ordered. It's said to be a 7 week's delivery as of last week. But it can be put at the end to work on.

 Gmail

Chloe Liu <chloe@tinycocoons.com>

## Travel to Indiana
7 messages

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                          Sat, Feb 4, 2023 at 9:45 AM
To: Chloe Liu <chloe@tinycocoons.com>

Chloe,

We plan to be in Indiana April 10-14. I hope that timeline works for you all for another meeting. Thank you.

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                          Mon, Mar 27, 2023 at 6:04 PM
To: Chloe Liu <chloe@tinycocoons.com>

Chloe,

I'll be in indiana in April. Would April 11 or 12 work?

Also please let me know on progress when you can and if there are any issues I need to be aware of or provide information on. Thank you.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                          Tue, Mar 28, 2023 at 11:15 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

I just confirmed with Chris. You can visit either April 11 or 12, but we will be in full swing on the interior. Trying to do electrical and insulation this week. Plus the window. Early May would be best.

The front window glass was delivered, they are working on building the window.

Thanks,
Chloe

[Quoted text hidden]

---

 **Gmail**

Chloe Liu <chloe@tinycocoons.com>

---

## Meeting--thank you and follow up
7 messages

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                                         Sat, Apr 15, 2023 at 3:57 PM
To: Chloe Liu <chloe@tinycocoons.com>, Chris Baer <chris@tinycocoons.com>
Cc: Beth <elizabeth.weiskopf@gmail.com>

Chris and Chloe,

It was great meeting with Chris last Tuesday and I am glad everything seems on track.

I believe most of the decisions were made on the spot:

--the layout was all good and really defer to you.
--Chris's thoughts on storage all seemed good. We defer to you.
--We don't need a plug for the TV so that can be taken out of the wall.
--Chris's plans for lighting were good.
--In addition, we would like reading lights in the wall in master suite that we can control from bed.
--3/4 Walls (with the leaded windows that can be raised) on both lofts for extra privacy--awesome idea.
--No shower door is needed. We will do "wet room" and shower curtain.
--Stainless steel for the appliances.
--No ice maker in fridge is good.
--We will want to plan to have Wifi from the internet cable. Chris thought that the wifi box could go in the bottom of the window seat and he could wire so cords could be tucked away nicely.

The open issue was interior color for floor walls ceiling and cabinets/accents. Chris said we might get some samples photos from you.

We like the cedar interior but would like to have it stained light so we don't feel like we are inside a sauna and so that the space feels open. What do you think of an antique white stain like the attached for the walls and ceiling with darker wood trim, beams, and accents? Not sure how the cabinets would fit into this. floor color in this photo is also nice but would defer to you.

Chloe

On Sat, Apr 15, 2023 at 3:57 PM Dan Weiskopf <daniel.weiskopf@gmail.com> wrote:
Chris and Chloe,

It was great meeting with Chris last Tuesday and I am glad everything seems on track.

I believe most of the decisions were made on the spot:

--the layout was all good and really defer to you.
--Chris's thoughts on storage all seemed good. We defer to you.
--We don't need a plug for the TV so that can be taken out of the wall.
--Chris's plans for lighting were good.
--In addition, we would like reading lights in the wall in master suite that we can control from bed.
--3/4 Walls (with the leaded windows that can be raised) on both lofts for extra privacy--awesome idea.
--No shower door is needed. We will do "wet room" and shower curtain.
--Stainless steel for the appliances.
--No ice maker in fridge is good.
--We will want to plan to have Wifi from the internet cable. Chris thought that the wifi box could go in the bottom of the window seat and he could wire so cords could be tucked away nicely.

The open issue was interior color for floor walls ceiling and cabinets/accents. Chris said we might get some samples photos from you.

We like the cedar interior but would like to have it stained light so we don't feel like we are inside a sauna and so that the space feels open. What do you think of an antique white stain like the attached for the walls and ceiling with darker wood trim, beams, and accents? Not sure how the cabinets would fit into this. floor color in this photo is also nice but would defer to you.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                                      Mon, Apr 17, 2023 at 10:42 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth <elizabeth.weiskopf@gmail.com>

Hi Dan,

Thank you for your feedback. It looks like there are many good options available with decent reviews for white fridge and white washer/dryer combo. I'll be happy to pick out  white ones for our needs. Please let me know if you have any objections or preferences.

-Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                               Mon, Apr 17, 2023 at 12:23 PM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth <elizabeth.weiskopf@gmail.com>

Great. As long as you think that will look good? I trust your eye over mine.

Sent from my iPhone
[Quoted text hidden]

Hi Dan,

We understand that you have received conflicting information from another tiny house builder, which has caused confusion and concern. We strive to provide accurate and transparent information to our customers, and we apologize if there have been any misunderstandings or delays in communication.

Please allow us to clarify the current situation. While it is true that some builders may be able to offer faster delivery times, it's important to note that each project and its requirements are unique. Factors such as customization, availability of materials, and the complexity of construction can impact the timeline. Honestly it is very magical that the tiny house builder can really deliver you a custom designed built tiny house in 6-8 weeks while maintaining high qualities. Almost all customers we are talking to right now say they understand the estimated 1+ year delivery since that's what they got from other companies as well. When we were struggling finding the window for the front bump out. I volunteered in jumping in calling a few suppliers and confirmed the long lead time. I also personally ordered a mini split air conditioner last year for one project, but it hasn't come until today. These are my personal experiences about the delay. It is truly magic when hearing from a constructor that there is no impact on the supply chain at all.

Last week, we completed the insulation phase of your unit, got the washer/dryer delivered. Currently working on getting the electrical system approved by the certified electrician, and other interior elements. We must acknowledge that we encountered some blockages on our side last year, which contributed to the delay. While we understand that this should not be an excuse and it is not your responsibility, we wanted to be transparent about the challenges we faced. Last week, Chris and I assessed the current status and provided you with a realistic delivery estimate. Based on our assessment, we anticipate that the completion of your custom unit will take an additional 4-6 weeks. The current main hold up is the air conditioner I'm sure Chris has told you. Because of the two loft's design, we need a special unit that's good in insulation. There are fewer companies that carry that model and very few ones offer 10 years warranty. Most companies offer a 2 year warranty. The good company that offers longer warranty says 4-6 weeks for delivery. Therefore, it is likely that the delivery date will fall between the end of June and July. We are going full speed and want to finish the unit as much. Our current decisions are based on delivering you a good unit you guys deserve and not to cut corners. Please understand.

Thanks,

Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                    Tue, May 16, 2023 at 11:33 PM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth <elizabeth.weisköpf@gmail.com>

Chloe,

Thank you. I understand you guys don't cut corners and do great work. That's highly appreciated. That is not the issue.

And delays and supply chain problems are not the issue. I've been understanding about that.

The problem is the difficulty getting accurate and timely information. I've asked to be kept informed if there were any changes or delays. That is not an unreasonable request for a project that was sold to me (with payment in full) as being almost complete over a year ago. Ive now made two trips out to Indiana to get information. I never hear about

 Gmail

Chloe Liu <chloe@tinycocoons.com>

## Form Submission - Tiny House Quote Form

14 messages

**Squarespace** <form-submission@squarespace.info>
Reply-To: daniel.weiskopf@gmail.com
To: hello@tinycocoons.com

Sun, May 22, 2022 at 1:56 AM

Sent via form submission from *Tiny Cocoons*

**Your Name:** Dan Weiskopf

**Email:** daniel.weiskopf@gmail.com

**Phone:** (646) 326-3274

**Tell us about your project. Location, size, amenities, preferences etc.:** we have 20 acres of waterfront land near Seattle. We will be building a vacation house but would like the Freeman (or something like it) so that my family can enjoy the property soon. It will become a guest house. The larger size of the freeman is nice. Our preference is to get something soon, so we are interested in timeline and price.

The property is currently being prepped with a site planner for guest house area and main house area. Roads, power, septic, well is going in this summer and we could customize the site for the Freeman.

**Do you have the fund, or approved mortgage already? What is your budget? :** We have the funds already.

**How did you hear about us?:** Google Search, Other

Does this submission look like spam? Report it here.

**Chloe Liu** <chloe@tinycocoons.com>
To: daniel.weiskopf@gmail.com
Cc: Tiny <hello@tinycocoons.com>

Mon, May 23, 2022 at 10:51 AM

Hi Dan,

Thanks for contacting us about our tiny homes. Congratulations on the 20 acres! That sounds like a wonderful project.

We specialize in custom building THOWs. We don't offer "models". Our design team will work with you on a floor plan and renderings that fit your needs before the construction. A unit similar to the Freeman specs 28'L x 8'6"W x 13'6"H costs around 130k. That includes appliances such as fridge, mini-split AC, induction cooktop, washer/dryer combo. It is a good size that you can have one bedroom and two lofts, or two lofts. Our current lead time is about 11 months right now.

We do have a 20'L x 8'6"W x 13'6"H unit in construction currently, the exterior is about to be finished. We are putting the roof and exterior door on. It was a sample unit. This particular unit will have much shorter lead time. We just released it for sale last Friday, multiple clients have shown interest. We can finish this particular unit in 3 months. It is estimated at $82k at the current specs. We can customize the floor plan, interior and exterior for you. Please see attached proposal. I'm attaching a few example layouts as well. If timing is your priority, this smaller unit might be

The team is working hard on the build. Attached are the latest pictures. We did some experiments and decided to apply the cedar siding horizontally on the lower section and vertically on the upper section. I am attaching an example picture. Because the roof design of this unit is very tall to maximize the loft space, we think making the cedar board horizontally especially for the back part will extend the length of the unit visually to avoid a short and tall "box" look. It is more durable for the cedar board to be horizontal as well. Making them vertical on the upper section adds a character.

As for the timeline, I would estimate two months but there is an unknown hold up that one window for the bump-out and one window for the loft are currently out of stock online. We are working on searching for the correct sizes and moving forwards on the build in the meantime. As soon as we find the windows, we'll be able to provide a more accurate shipping time. Thank you very much for your understanding. Feel free to let me know if you have any questions.

Regards,
Chloe

[Quoted text hidden]

---

**3 attachments**



**Dan 20' - 1.HEIC**
1015K



**Dan 20' - 2.JPEG**
2369K



**TC cedar.jpg**
1210K

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                    Tue, Aug 30, 2022 at 4:47 PM
To: Chloe Liu <chloe@tinycocoons.com>

Awesome. Thank you for the update! Let me know as things progress.

Sent from my iPhone
[Quoted text hidden]

---

**3 attachments**



**Dan 20' - 1.HEIC**
1015K



**Dan 20' - 2.JPEG**
26K



**TC cedar.jpg**
30K

---

**Chloe Liu** <chloe@tinycocoons.com>                    Wed, Sep 21, 2022 at 4:29 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

Here is today's picture of the unit.

Thanks,
Chloe

[Quoted text hidden]



**IMG_3624.HEIC**
581K

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Wed, Sep 21, 2022 at 4:48 PM
To: Chloe Liu <chloe@tinycocoons.com>

Awesome!! Thank you.

Sent from my iPhone
[Quoted text hidden]

---



**IMG_3624.HEIC**
581K

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Sun, Oct 2, 2022 at 4:50 PM
To: Chloe Liu <chloe@tinycocoons.com>

Hi Chloe,

I figured you might have another timing update for me. Did you get the windows back in stock? We are making good progress on the site.

Thank you.

Sent from my iPhone
[Quoted text hidden]

**3 attachments**



**Dan 20' - 1.HEIC**
1015K

 **Dan 20' - 2.JPEG**
26K



**TC cedar.jpg**
30K

---

**Chloe Liu** <chloe@tinycocoons.com>                                                          Mon, Oct 3, 2022 at 10:26 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

Thank you for letting me know your site construction is going well. The cedar siding installation was completed this morning. (Attached pictures.) It took a lot more hours than we thought. But it is beautiful and well executed. The interior should happen faster.

We are not able to find a square picture window that's available for purchase around 40" - 44". There are sliding windows slightly smaller on Home Depot, estimated 7 weeks delivery. Chris and I will go to some local window dealers to see if we can purchase one that's not custom made. A custom one takes a very long time right now. It is a challenge that a lot of regular sizes are out of stock right now. He is busy with the build, we'll update you with the window solution shortly.

Regards,
Chloe
[Quoted text hidden]

---

**2 attachments**

 **IMG_4174.HEIC**
1055K



**IMG_4173.HEIC**
1181K

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Mon, Oct 3, 2022 at 11:54 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>

Thank you. Looks great. Just let me know as you get updates so we can plan people here. And of course let me know if you have questions or need information. Thanks again!

Sent from my iPhone

[Quoted text hidden]

---

**2 attachments**

 **IMG_4174.HEIC**
1055K



**IMG_4173.HEIC**
1181K

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Sat, Oct 15, 2022 at 8:30 AM
To: Chloe Liu <chloe@tinycocoons.com>

Hi Chloe,

Checking in on the update on the window solution and build. Thanks.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                           Mon, Oct 17, 2022 at 11:45 AM

To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

The team is working on trims and siding on the bump out section. We are expecting the exterior door to be delivered in two to three weeks. We are also getting quotes from different window suppliers who may have these windows delivered in a reasonable time.

Thanks,
Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Sat, Oct 29, 2022 at 10:41 PM
To: Chloe Liu <chloe@tinycocoons.com>

Chloe,

Did you receive quotes from the window suppliers and get a new timeline? At some point, we should talk on the phone about alternatives and other options if there continues to be supply chain issues or delays. We would like to get this wrapped up or get a solid timeline nailed down so we can plan.

Thank you.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                    Mon, Oct 31, 2022 at 2:33 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

The fastest delivery for the windows we've quoted is Jan. 2 so far. We are still researching to see other local suppliers for a faster lead time. In the meantime, the team is working on painting and the aesthetics of the exterior. We just put the exterior door in, see attached pictures. The interior work will start soon. I am asking Chris for an estimated time frame. The installation of the cedar did take a lot longer than we expected. The team is working hard each day. We want to wrap up this project and deliver it to you as well. Please be patient and trust us on building you a well-executed tiny house.

Thanks,
Chloe

[Quoted text hidden]

---

**3 attachments**



**3.jpg**
2585K



**2.jpg**
3424K

 **1.jpg**
3827K

---

**Chloe Liu** <chloe@tinycocoons.com>                    Mon, Oct 31, 2022 at 3:30 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

Would you like to set up a call with Chris and I to talk about the progress?

This Thursday or Friday work the best for us. Let me know if there is a good time for you.

Thanks,
Chloe
[Quoted text hidden]

*Chloe Liu, LEED AP*
Creative Team, a tiny living enthusiast
Email: chloe@tinycocoons.com
Phone: (312)884-9268



www.tinycocoons.com

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>              Mon, Oct 31, 2022 at 8:50 PM
To: Chloe Liu <chloe@tinycocoons.com>

Chloe,

That looks great and glad things are moving along. Thanks for the update.

We just have our own timing and scheduling that we are trying to figure out, and so if the delays become too great, then we should start to think about plan B. If the project looks likely to wrap up in January, then that seems fine for us. We are more interested in some level of certainty than in speed so that we can schedule folks here appropriately. Getting the various skilled work we need done also requires lead time.

I don't need a call unless Chris would like to discuss other options.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                                      Tue, Nov 1, 2022 at 2:39 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

Thanks for your understanding. I will let Chris know that you need to schedule people. I will update you if we have a certain time for delivery or if we need to discuss any plans. At this point, we are just moving forward with the build. Feel free to let me know if you have any questions anytime.

Thanks,
Chloe
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                               Thu, Dec 1, 2022 at 1:17 AM
To: Chloe Liu <chloe@tinycocoons.com>

Hi Chloe,

I think I had some technical difficulties so apologies if you got this email twice. I was hoping to get a status update on progress and timing. Thanks.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                                      Thu, Dec 1, 2022 at 7:15 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

Hope you had a wonderful holiday. Chris said he is planning on the electricals. I don't have an ETA yet, but I will let you know as soon as I get any confirmation from him.

Regards,
Chloe
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                               Thu, Dec 1, 2022 at 11:07 PM
To: Chloe Liu <chloe@tinycocoons.com>

Chloe,

Great. I'd love to get that update when you can get it and any progress photos Were the window issues worked out?

I may come out to Indiana to visit my family in January and maybe I can swing by to say hello.

Thank you.

Dan

Sent from my iPhone
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                   Fri, Dec 2, 2022 at 9:40 AM
To: Chloe Liu <chloe@tinycocoons.com>

Hello again. I think I will be able to come by on January 17, if you are around. Hopefully the house will be mostly done at that point, but it would be nice to meet you both and see the house before it ships out.

Dan
[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                          Fri, Dec 2, 2022 at 10:30 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

Sounds great. I'll let him know your time to visit. Chris said they may need to build a lot of things from scratch since things are taking longer lead time or not available, like having suppliers build windows for us etc.

Regards,
Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                   Fri, Dec 2, 2022 at 10:36 AM
To: Chloe Liu <chloe@tinycocoons.com>

yikes. I know this is a problem throughout the industry. what a pain. I may actually be changing that visit date actually by a week. Will let you guys know shortly. Thanks!
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                   Fri, Dec 2, 2022 at 6:32 PM
To: Chloe Liu <chloe@tinycocoons.com>

Hi again, actually I'll swing by on Monday January 23 if that works for you all. Will touch base before then as well to confirm.

In the meantime, happy holidays. Please send updates as progress is made and let me know if there is anything we need to discuss. Thanks.

Sent from my iPhone
[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                          Mon, Dec 5, 2022 at 1:22 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Sounds great. I will let them know. Happy holidays!

Regards,
Chloe
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                      Sat, Dec 31, 2022 at 5:56 PM
To: Chloe Liu <chloe@tinycocoons.com>

Hi Chloe,

Happy New Year. Just checking on progress if you could tell me where things stand on house build.

I'm still planning to be out there on January 23. Let me know a good time to stop by.  Thanks.

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                      Tue, Jan 3, 2023 at 12:08 AM
To: Chloe Liu <chloe@tinycocoons.com>

Chloe,

Also just looking back through my emails. We were thinking that the house was going to be done by August of 2022
and that a 12-week time frame was not an issue.  I understand that we went with cedar and there have been supply
chain issues on the windows, but I am getting concerned. I really just need information about all the specific issues
holding the project up and what the alternatives are. Then when I visit we can make final decisions so that the project
can get wrapped up as soon as possible. Thank you.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                                            Tue, Jan 3, 2023 at 5:13 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>

Hi Dan,

Happy New Year. Jan. 23rd works, anytime 10am - 3pm should be fine. There were unexpected delays that happened
on multiple things on all of our projects and ended up causing a chain effect. I believe nobody is purposely delaying
anything including the manufacturers on various materials. The cedar sidings took more than seven weeks to install,
we originally planned one week when giving away the labor for free to you. The particular sizes for the Jeld-Wen V-
4500 serious window are not available to be purchased. Chris mentioned the solution was to either keep spending
time trying to find the same ones or build the windows. Please be patient and trust us on the build, we all want to
move forward as much as you do with no sacrifice on the materials or build qualities.

Thanks,
Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                      Tue, Jan 3, 2023 at 5:39 PM
To: Chloe Liu <chloe@tinycocoons.com>

**Appendix - C**

 **Gmail**

Chloe Liu <chloe@tinycocoons.com>

## Meeting--thank you and follow up
7 messages

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                    Sat, Apr 15, 2023 at 3:57 PM
To: Chloe Liu <chloe@tinycocoons.com>, Chris Baer <chris@tinycocoons.com>
Cc: Beth <elizabeth.weiskopf@gmail.com>

Chris and Chloe,

It was great meeting with Chris last Tuesday and I am glad everything seems on track.

I believe most of the decisions were made on the spot:

--the layout was all good and really defer to you.
--Chris's thoughts on storage all seemed good. We defer to you.
--We don't need a plug for the TV so that can be taken out of the wall.
--Chris's plans for lighting were good.
--In addition, we would like reading lights in the wall in master suite that we can control from bed.
--3/4 Walls (with the leaded windows that can be raised) on both lofts for extra privacy--awesome idea.
--No shower door is needed. We will do "wet room" and shower curtain.
--Stainless steel for the appliances.
--No ice maker in fridge is good.
--We will want to plan to have Wifi from the internet cable. Chris thought that the wifi box could go in the bottom of the window seat and he could wire so cords could be tucked away nicely.

The open issue was interior color for floor walls ceiling and cabinets/accents. Chris said we might get some samples photos from you.

We like the cedar interior but would like to have it stained light so we don't feel like we are inside a sauna and so that the space feels open. What do you think of an antique white stain like the attached for the walls and ceiling with darker wood trim, beams, and accents? Not sure how the cabinets would fit into this. floor color in this photo is also nice but would defer to you.



Please confirm receipt since we were having email issues a few weeks ago.

And let me know if you need any additional decisions at this point. Thank you again.

Dan

---

**Chloe Liu** <chloe@tinycocoons.com>                                    Mon, Apr 17, 2023 at 9:21 AM
To: Chris Baer <chris.baer@truetinyhome.com>

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                    Mon, Apr 17, 2023 at 9:33 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth <elizabeth.weiskopf@gmail.com>

Hi Dan,

Thanks for visiting and thanks for the notes. I will make sure we go through these with Chris. I really like the sample photo you sent. Let me ask him and get back to you if we can make the cabinet and walls the same antique white color. Countertop and beam are the same darker color. I like the floor color too.

Also, I'd like to confirm with you if a graphite steel color washer/dryer is okay. Like this. There are very few options for stainless steel washer/dryer combo. The fridge will still be stainless steel, it'll be lighter than the graphite color. There are also few options for a fridge that can be graphite and fit our width/depth requirement. We can also choose another color combination if you prefer.

Thanks,
Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Mon, Apr 17, 2023 at 9:47 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth <elizabeth.weiskopf@gmail.com>

Thank you.

I'm worried that the graphite washer dryer will look very out of place with all the lighter colors in the house.

What about a white washer dryer? Is that available and what Would you think of that? Could potentially do matching white fridge?

But you have a better eye than me so please override me if you think that's a bad idea.

Sent from my iPhone

> On Apr 17, 2023, at 6:33 AM, Chloe Liu <chloe@tinycocoons.com> wrote:
>
>
> Hi Dan,
>
> Thanks for visiting and thanks for the notes. I will make sure we go through these with Chris. I really like the sample photo you sent. Let me ask him and get back to you if we can make the cabinet and walls the same antique white color. Countertop and beam are the same darker color. I like the floor color too.
>
> Also, I'd like to confirm with you if a graphite steel color washer/dryer is okay. Like this. There are very few options for stainless steel washer/dryer combo. The fridge will still be stainless steel, it'll be lighter than the graphite color. There are also few options for a fridge that can be graphite and fit our width/depth requirement. We can also choose another color combination if you prefer.
>
> Thanks,

Chloe

On Sat, Apr 15, 2023 at 3:57 PM Dan Weiskopf <daniel.weiskopf@gmail.com> wrote:
Chris and Chloe,

It was great meeting with Chris last Tuesday and I am glad everything seems on track.

I believe most of the decisions were made on the spot:

--the layout was all good and really defer to you.
--Chris's thoughts on storage all seemed good. We defer to you.
--We don't need a plug for the TV so that can be taken out of the wall.
--Chris's plans for lighting were good.
--In addition, we would like reading lights in the wall in master suite that we can control from bed.
--3/4 Walls (with the leaded windows that can be raised) on both lofts for extra privacy--awesome idea.
--No shower door is needed. We will do "wet room" and shower curtain.
--Stainless steel for the appliances.
--No ice maker in fridge is good.
--We will want to plan to have Wifi from the internet cable. Chris thought that the wifi box could go in the bottom of the window seat and he could wire so cords could be tucked away nicely.

The open issue was interior color for floor walls ceiling and cabinets/accents. Chris said we might get some samples photos from you.

We like the cedar interior but would like to have it stained light so we don't feel like we are inside a sauna and so that the space feels open. What do you think of an antique white stain like the attached for the walls and ceiling with darker wood trim, beams, and accents? Not sure how the cabinets would fit into this. floor color in this photo is also nice but would defer to you.

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                    Mon, Apr 17, 2023 at 10:42 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth <elizabeth.weiskopf@gmail.com>

Hi Dan,

Thank you for your feedback. It looks like there are many good options available with decent reviews for white fridge and white washer/dryer combo. I'll be happy to pick out white ones for our needs. Please let me know if you have any objections or preferences.

-Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                Mon, Apr 17, 2023 at 12:23 PM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth <elizabeth.weiskopf@gmail.com>

Great. As long as you think that will look good? I trust your eye over mine.

Sent from my iPhone
[Quoted text hidden]

**Chloe Liu** <chloe@tinycocoons.com>                                    Tue, Apr 18, 2023 at 12:08 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Beth <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Sounds good. White will look good as it matches the color palette for the rest of the house. Thanks for your trust.

-Chloe
[Quoted text hidden]

*Chloe Liu, LEED AP*
Creative Team, a tiny living enthusiast
Email: chloe@tinycocoons.com
Phone: (312)884-9268



www.tinycocoons.com

**Appendix - D**

I'd love progress photos so I can get a better sense of where things are at. Thanks.

Two questions.

1. Can you remind me again how shipping works? Do you have folks that you work with or do we need to arrange shipping?

2. Should I come out for a final walk through in a couple weeks before it ships? I wouldn't want to slow anything down, but might pop over depending on timing. Thank you.

Dan

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Thu, Jun 8, 2023 at 12:01 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth Weiskopf <elizabeth.weiskopf@gmail.com>

Please some additional details and photos? Thank you.

Sent from my iPhone
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Fri, Jun 9, 2023 at 6:42 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Chris Baer <chris@tinycocoons.com>, Beth Weiskopf <elizabeth.weiskopf@gmail.com>

Chloe,

I am having some responsiveness and communication issues again here. I've had to send four emails over nine days to get some pretty basic questions answered.

1. Please give me more specific details on progress and photos. I'm glad the fridge is arriving but that doesn't tell me much.

2. Please let me know about how shipping works, and whether I need to arrange that or you do.

Given the timeline we've discussed, I'd expect that you'd have a fairly good estimate on completion at this point, unless you need to deliver more bad news to me. You guys are like 2 weeks out from shipping? Thank you.

Dan
[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                    Fri, Jun 9, 2023 at 9:39 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

## Hi Dan,

Earlier morning today we got the fridge delivered. We are still waiting on the delivery of the mini split unit. The team is working on the exterior paint this week. They've sanded the entire unit. Chris will share more picture once they stained the unit, it will make a difference. We are working our best on the project, and being focused.

We'll get quotes and discuss with you about shipping near completion. It's too early to finalize the details with the shipping company. Feel free to let me know if you have any questions.

Thanks,
Chloe

[Quoted text hidden]

*Chloe Liu, LEED AP*
Creative Team, a tiny living enthusiast
Email: chloe@tinycocoons.com
Phone: (312)884-9268



www.tinycocoons.com

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Wed, Jun 14, 2023 at 10:10 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Chloe,

I still need a basic understanding on timing. I've been very reasonable. Thanks.

Sent from my iPhone
[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                          Thu, Jun 15, 2023 at 2:41 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Hi Dan,

Thank you for following up and for being patient. Our team has been working diligently on the construction site, ensuring progress at full speed. Despite some unforeseen challenges, we have maintained our momentum and are committed to delivering a high-quality final product. Considering the current circumstances and weather conditions, there are certain things we haven't got a chance to finish yet such as the exterior siding which needs a long period of sunny days. Although the timing is the highest priority for us and the team is working on full speed everyday, we can't deliver you with a unit of any missing pieces. We now anticipate an additional one or two months to finalize all the construction work effectively.

We understand the importance of timely delivery and the impact any delay may have on your plans. Rest assured that we are doing everything within our power to expedite the construction process without compromising on safety or

quality. We value our partnership and appreciate your understanding and flexibility in accommodating this slight adjustment to the delivery timeline.

Thank you for your patience and cooperation. We look forward to completing this project successfully and exceeding your expectations.

Best regards,

Chloe

[Quoted text hidden]

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                                    Thu, Jun 15, 2023 at 3:05 PM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Chloe,

We are done. I have no reason to trust these deadlines any more. Let's find a time to discuss how to proceed, either by taking possession of the unfinished version or you finishing it and selling it to someone else.

Sent from my iPhone
[Quoted text hidden]

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                                    Fri, Jun 16, 2023 at 9:36 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Chloe, Chris,

Further to the below, we need to figure out a good time to discuss how to proceed. I am in a trial for several weeks starting on Tuesday so weekend would be better. Monday is fine.

We are not going to agree to a couple month delay at this point. We had agreed to the build being complete last summer within 10 weeks--based on that representation, we paid in full. Then after discovering what was going on and two visits to Indiana, we agreed to this May as the absolute drop dead date, even with unanticipated delays. How weather and parts (when I agreed to pay extra to get expedited parts) could create another several months delay does not make sense and it is not credible. The inability to keep a schedule is going to ruin our summer plans and will cost us significant sums.

Here are the three options.

1. If you want to proceed with this project, start sending us $1000 per week until the house is ready for inspection and shipping. Your company has had an interest free loan for 15 months--that's been probably a $18,000 benefit given interest rates at our expense. There is no incentive to finish the project in a timely fashion and that amount would both compensate us for the harm, pay back a fraction of the interest on the interest free loan, and incentivize finishing the project.

2. Ship the home unfinished by July 1. We will get it completed here and we will then talk about the expense needed to finish the project and how to deal with the difference between what we paid for and what we received.

3. Send us back our money and sell the project to someone else.

Obviously I'd like to find an efficient and non-confrontational path through this if possible. I can't spend a lot of time on this now, so if we can't agree to what I suggested above, I am going to have to hire Indiana counsel and let them work this out with you. Obviously, this is super disappointing.

Dan

[Quoted text hidden]

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Sun, Jun 18, 2023 at 10:03 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Chloe and Chris,

You may not be taking this seriously enough if I cannot get a response for three days. This is an issue that merits weekend work. On Wednesday (June 21), if you haven't selected option 1, 2, or 3 below, we are hiring counsel in Indiana, and future communications will be through them. This is not the way I like to get things done--it's more expensive and less pleasant--but I continue to be unable to get honest and timely answers to emails.

We are now making other plans for a house on our property, which we will begin to execute on within the next week or so. I lost both last summer and this summer due to the representations that you made to me, which turned out to be inaccurate. We need to move on.

If you are out of cash and need to sign a promissory note rather than paying us back our cash right now, we can consider that as a short-term solution while you figure out what to do with the house. But we will need interest, monthly payments, and adequate security, including personal guarantees. I did not send you cash last Spring in order to become a long-term, unsecured, interest-free lender.

Dan

[Quoted text hidden]

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                    Wed, Jun 21, 2023 at 2:02 PM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Chloe, Chris,

I'm not sure what your plan is here by not responding--this is very bizarre behavior. We could have worked out a reasonable solution.

Do not take any further actions on the tiny home on our behalf. We are not going to take possession, we are finding alternative plans for our property, and we are hiring counsel.

[Quoted text hidden]

**Chloe Liu** <chloe@tinycocoons.com>                    Wed, Jun 21, 2023 at 6:04 PM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Hi Dan,

Apologies for the delayed response, I just saw your email. We just came back to civilization from the project site. And I told Chris about your concerns and decisions. He is still at the site but he is going to give me a few availability for a phone call with you later tonight. If you have any preferred time slots this week, feel free to let me know. I'll keep you posted and we will discuss details.

Thanks,
Chloe

[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                   Wed, Jun 21, 2023 at 6:56 PM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

7am PST 10am EST is fine.

Sent from my iPhone
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>                                   Thu, Jun 22, 2023 at 11:34 AM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Chloe,

This appears to be yet another delay tactic, and I'm not sure what a phone call will accomplish. We've already started the process of retaining counsel in Indiana. You can put a response in writing, and we will consider it.

We sent in our money over a year ago because you told us we'd have a tiny house last summer. You and Chris demanded all cash up front. We asked to put the money into escrow or hold some back until the project was complete. And you and Chris said that was not a possibility because you needed the cash immediately to complete the project on the expedited time frame. You said there was a line of other potential buyers ready to send in cash to get this house on the expedited time frame so we needed to act quickly.

None of this was true. You and Chris took our money and spent the money on other projects. I've gotten a string of untrue statements since then. There is no polite way to say fraud. But this is what you've done, and the law strongly protects consumers in these situations (including penalties and legal fees).

If you want to get this resolved short of a lawsuit, two options remain: (i) money being sent back to us ASAP, or (ii) a signed promissory note that will give you financial breathing room while you finish the project and sell it to someone else so we can get our money back after the sale.

Those are the options. You can provide a response in writing.

Dan

[Quoted text hidden]

---

**Chloe Liu** <chloe@tinycocoons.com>                                          Mon, Jun 26, 2023 at 11:26 AM
To: Dan Weiskopf <daniel.weiskopf@gmail.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Hi Dan,

We can return your money once we sell your unit.

Thanks,
Chloe
[Quoted text hidden]

---

**Dan Weiskopf** <daniel.weiskopf@gmail.com>    Mon, Jun 26, 2023 at 1:53 PM
To: Chloe Liu <chloe@tinycocoons.com>
Cc: Beth Weiskopf <elizabeth.weiskopf@gmail.com>, Chris Baer <chris@tinycocoons.com>

Chloe,

That is not acceptable to us. This money was taken by fraud. I am not willing to be your interest free, unsecured credit facility any more.

To resolve this, you can wire back all my money in the next two weeks and we will waive interest. Otherwise, I will need a secured promissory note with interest.

We are already in the process of retaining counsel on this and you will hear from them in two weeks if you don't return our funds by then or agree to acceptable terms of a promissory note.

Dan

Sent from my iPhone
[Quoted text hidden]

 **Gmail**

Chloe Liu <chloe@tinycocoons.com>

## Demand for Payment - $97,905 (Dan & Beth Weiskopf)

2 messages

**Amy.Flowers@icemiller.com** <Amy.Flowers@icemiller.com>                    Thu, Aug 3, 2023 at 11:55 AM
To: "chloe@tinycocoons.com" <chloe@tinycocoons.com>
Cc: "Carolyn.Riggs@icemiller.com" <Carolyn.Riggs@icemiller.com>, "Amy.Flowers@icemiller.com"
<Amy.Flowers@icemiller.com>

Hi Chloe:

Our Firm, Ice Miller, represents Dan & Beth Weiskopf in relation to their agreement with Tiny Cocoons for the
construction of a tiny house. It should come as no surprise that the Weiskopf's have retained counsel in an effort to
return the money Tiny Cocoons owes them, in the amount of $97,905. Our client's informal communications with you
have availed undesirable results. That so, based on my review of your communications with Daniel, it is readily
apparent that Tiny Cocoons is aware that they took from the Weiskopf's and provided nothing in return. Further, to
those same communications—spanning a year's time—you've remained amicable throughout and we'd anticipate and
appreciate that same tenor of discourse, now. Our involvement is first to resolve this matter favorably and fairly for our
clients, expecting Tiny Cocoons to return the money in full $97,905; and second to file litigation if Tiny Cocoons fails to
do so.

Please respond to this email by noon tomorrow (or call me at 740-707-1966) with information on your intentions to pay
back the $97,905 in full.

We look forward to and expect your response.

Best,

Amy


LEGAL COUNSEL

Amy E. Flowers | Associate

Arena District | 250 West Street | Columbus, Ohio 43215

P: 614 462 5022 | C: 740 707 1966

Amy.Flowers@icemiller.com

NOTE: This law firm is or may be considered a debt collector pursuant to the provisions of the Federal Debt Collections Practices Act 15 USC §1692, et seq. As such, this communication is from a debt collector. Any information provided in response to this communication may be used to collect a debt. The amount of the debt sought to be collected is as set forth in this communication. You have thirty (30) days from the date of this communication to dispute the validity of the debt. If you dispute the validity of the debt in writing within thirty (30) days from the date of this communication, verification of the debt will be sent to you. The debt has not been assigned to a party other than the original creditor.

**********************************************************************************************************************************
************************************

CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
**********************************************************************************************************************************
************************************

---

**3 attachments**

📄 **Invoice-3E391A25-0001.pdf**
41K

📄 **Receipt-2596-9050.pdf**
39K

📄 **Invoice-3E391A25-0002.pdf**
41K

---

**Amy.Flowers@icemiller.com** <Amy.Flowers@icemiller.com>                    Mon, Aug 7, 2023 at 7:33 AM
To: "chloe@tinycocoons.com" <chloe@tinycocoons.com>
Cc: "Carolyn.Riggs@icemiller.com" <Carolyn.Riggs@icemiller.com>, "Amy.Flowers@icemiller.com"
<Amy.Flowers@icemiller.com>

[If you have counsel, please forward to your attorney.]

Chloe:

Good morning. After our phone call last week, you indicated you would email me a copy of the "quote" which included your cancellation terms. You've failed to do so. According to our client, those terms do not exist. Candidly, such terms, if available, are no longer relevant considering the breach and fraud on the part of Tiny Cocoons and yourself. As indicated, Dan and Beth intend to push forward for the return of their funds.

Best,
Amy Flowers

Amy E. Flowers
Associate
Ice Miller LLP
Amy.Flowers@icemiller.com
O: 614.462.5022
M: 740.707.1966

---

From: Flowers, Amy
Sent: Thursday, August 3, 2023 11:55:20 AM

To: chloe@tinycocoons.com <chloe@tinycocoons.com>
Cc: Riggs, Carolyn <Carolyn.Riggs@icemiller.com>; Flowers, Amy <Amy.Flowers@icemiller.com>
Subject: Demand for Payment - $97,905 (Dan & Beth Weiskopf)

Hi Chloe:

Our Firm, Ice Miller, represents Dan & Beth Weiskopf in relation to their agreement with Tiny Cocoons for the construction of a tiny house. It should come as no surprise that the Weiskopf's have retained counsel in an effort to return the money Tiny Cocoons owes them, in the amount of $97,905. Our client's informal communications with you have availed undesirable results. That so, based on my review of your communications with Daniel, it is readily apparent that Tiny Cocoons is aware that they took from the Weiskopf's and provided nothing in return. Further, to those same communications—spanning a year's time—you've remained amicable throughout and we'd anticipate and appreciate that same tenor of discourse, now. Our involvement is first to resolve this matter favorably and fairly for our clients, expecting Tiny Cocoons to return the money in full $97,905; and second to file litigation if Tiny Cocoons fails to do so.

Please respond to this email by noon tomorrow (or call me at 740-707-1966) with information on your intentions to pay back the $97,905 in full.

We look forward to and expect your response.

Best,

Amy

[cid:image001.png@01D9C5FB.9A4D4A40]<http://www.icemiller.com/>

Amy E. Flowers | Associate

Arena District | 250 West Street | Columbus, Ohio 43215

P: 614 462 5022 | C: 740 707 1966

Amy.Flowers@icemiller.com<mailto:Amy.Flowers@icemiller.com>
[Quoted text hidden]

 image001.png
6K

**Appendix - E**

**CHASE ○**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2022 through June 30, 2022

Account Number: ●●●●●●●

00025795 DRE 053 212 18222 NNNNNNNNNNN  1 000000000 64 0000
TINY COCOONS INC.
2237 DELAWARE DR
WEST LAFAYETTE IN 47906-1917

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## Good news – You now have more time to avoid overdraft fees

With Chase Overdraft Assist[SM,1], we won't charge an overdraft fee ($34 Insufficient Funds Fee) if you're overdrawn by $50 or less at the end of the business day. And now, for Chase Business Complete Checking[SM], Chase Total Business Checking[®], Chase Business Classic Checking[SM], and Chase Business Select Checking[SM] accounts, we won't charge an overdraft fee if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the <u>next</u> business day (you have until 11pm ET / 8pm PT to make a deposit or transfer[2]).[3]

### Receive alerts when your account balance is overdrawn with Account Alerts[4]

- You can sign up to receive alerts by email, text message and push notification when your account is overdrawn. This alert will also notify you when your account is overdrawn by more than $50 and you need to make a deposit or transfer to avoid overdraft fees.
- If you'd like to enroll, you can sign in to chase.com or the Chase Mobile[®] app[5], select "Alerts" from the navigation menu and follow the instructions to choose "My account is overdrawn" alert and delivery methods.

As a reminder, we pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. You're responsible for each deposit or transfer to avoid overdraft fees, even if you do not receive a notification alerting you that your account is overdrawn more than $50.

For eligibility and additional information on our overdraft services and associated fees for Chase Business Complete Checking and other products, please refer to the Additional Banking Services and Fees for Business Accounts (chase.com/business/disclosures), or call us at the number on your statement. We accept operator relay calls.

[1]Chase Overdraft Assist is available with eligible accounts and products, and does not require enrollment.
[2]If you make a deposit or transfer this assumes we don't place a hold on the funds or that a check deposit is not returned.
[3]For Chase Performance Business Checking[®], Chase Platinum Business Checking[SM], Chase Analysis Business Checking[SM], certain complex products (such as Automatic Dollar Transfer (ADT)), or for other accounts with discretionary overdraft review, you will only have until 11pm ET (8pm PT) on the same business day, and not the next business day, to make a deposit or transfer to bring your account balance to overdrawn by $50 or less.
[4]Account Alerts: There is no charge from Chase, but message and data rates may apply. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations. Any time you review your balance, keep in mind it may not reflect all transactions including recent debit card transactions or checks you have written. A qualifying Chase transfer account is required to transfer funds via text.
[5]The Chase Mobile app is available for select mobile devices. Message and data rates may apply.

## Important changes: Chase Business Complete Checking[SM]

Starting with the October monthly statement period, we're updating the ways you can avoid the Monthly Service Fee, as follows:

If you meet any of the following qualifying activities for each Chase Business Complete Checking account in a monthly statement period, we will waive the $15 Monthly Service Fee:
- Maintain a linked Chase Private Client Checking[SM] account OR

**CHASE ○**

June 01, 2022 through June 30, 2022

Account Number: ▓▓▓▓▓▓▓

- Meet Chase Military Banking requirements OR
- Fulfill at least one of the following qualifying activities:
  1. <u>Minimum Daily Ending Balance</u>: Maintain a minimum daily ending balance of at least $2,000 in the Chase Business Complete Checking account each business day during the monthly statement period[1]
  2. <u>Chase Payment Solutions<sup>SM</sup> Activity</u>: Have at least $2,000 of aggregate eligible deposits[2] into the Chase Business Complete Checking account at least one day before the end of the monthly statement period[3] using one or more of the following:
     - Chase QuickAccept<sup>SM</sup> including Chase Smart Terminal<sup>SM</sup>
     - InstaMed Patient Payments and InstaMed Patient Portal
     - Other eligible Chase Payment Solutions products[4]
  3. <u>Chase Ink® Business Card Activity</u>: Spend at least $2,000 on eligible purchases[5] in the most recent monthly Ink card billing cycle[6]

[1]The monthly statement period for Chase Business Complete Checking ends on the last business day of each month. For the purposes of the Minimum Daily Ending Balance requirement, the last day of the monthly statement period is excluded.
[2]Eligible deposits are net of chargebacks, refunds, or other adjustments.
[3]The cutoff time for eligible deposits from QuickAccept, InstaMed, and other eligible Chase Payment Solutions, is 11:59 p.m. Eastern Time one day prior to the last day of your Chase Business Complete Checking monthly statement period. For example, if your Chase Business Complete Checking monthly statement period ends on November 30, the cutoff time would be 11:59 p.m. Eastern Time on November 29.
[4]An eligible product has a transaction history that is viewable on Chase Business Online, Chase Connect ®, or J.P. Morgan Access ®.
[5]Eligible purchases must be made using Chase Ink Business Card(s) associated with the same business as your Chase Business Complete Checking account, as reflected in Chase records, and must earn Chase Ultimate Rewards ® points. Certain purchases and transactions are excluded from earning Chase Ultimate Rewards points, as described in your Rewards Program Agreement available on chase.com/ultimaterewards.
[6]The most recent monthly Ink billing cycle will be used if it's different from your Chase Business Complete Checking monthly statement period.

## On August 21, 2022, fees for cashier's checks and counter checks are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Cashier's check fee:** This fee will increase from $8.00 to $10.00 per check.
- **Counter check fee:** This fee will increase from $2.00 to $3.00 per page.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking<sup>SM</sup> accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures,** or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

| CHECKING SUMMARY | Chase Business Complete Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | **$6,741.06** |
| Deposits and Additions | 3 | 89,778.77 |
| ATM & Debit Card Withdrawals | 5 | -163.11 |
| Electronic Withdrawals | 17 | -92,498.31 |
| **Ending Balance** | 25 | **$3,858.41** |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.



**CHASE ❖**

June 01, 2022 through June 30, 2022

Account Number: 

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/01 | Orig CO Name:Stripe          Orig ID:1800948598 Desc Date:      CO Entry<br>Descr:Transfer Sec:CCD  Trace#:091000011609294 Eed:220601  Ind<br>ID:St-L2A7H3H3M0N2          Ind Name:Tiny Cocoons Inc Tm: 1521609294Tc | $83,873.00 |
| 06/08 | Online Transfer From Chk ...1965 Transaction#: 14530123260 | 777.77 |
| 06/09 | Orig CO Name:Stripe          Orig ID:1800948598 Desc Date:      CO Entry<br>Descr:Transfer Sec:CCD  Trace#:091000017431168 Eed:220609  Ind<br>ID:St-J9M5H9G4O4O1          Ind Name:Tiny Cocoons Inc Tm: 1607431168Tc | 5,128.00 |
| **Total Deposits and Additions** | | **$89,778.77** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | Recurring Card Purchase 06/03 Squarespace Inc. Httpssquaresp NY Card 5194 | $35.00 |
| 06/06 | Recurring Card Purchase 06/02 Metronet Cnp 877-4073224 KS Card 5194 | 90.55 |
| 06/06 | Card Purchase          06/03 Google*Domains Support.Googl CA Card 5194 | 12.00 |
| 06/17 | Card Purchase          06/17 Etsy.Com - Rozenco 718-8557955 NY Card 5194 | 8.93 |
| 06/21 | Card Purchase          06/18 Google*Domains Support.Googl CA Card 5194 | 16.63 |
| **Total ATM & Debit Card Withdrawals** | | **$163.11** |

## ATM & DEBIT CARD SUMMARY

Yinan Liu  Card 5194

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $163.11 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $163.11 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/01 | 06/01 Online ACH Payment 5337760515 To Baerenterprisesinc (_##4055) | $64,760.00 |
| 06/02 | 06/02 Online ACH Payment 5338098453 To Chloeestate (_#####1200) | 22,345.32 |
| 06/06 | Orig CO Name:Shen Zhen Qian H     Orig ID:770510487C Desc Date:      CO Entry Descr:Iat<br>Paypalsec:Web   Trace#:021000029510280 Eed:220606  Ind ID:1020490686944<br>Ind Name:Gooo Lab | 103.29 |
| 06/06 | Orig CO Name:Yang Sheng Kai     Orig ID:770510487C Desc Date:      CO Entry Descr:Iat<br>Paypalsec:Web   Trace#:021000023127499 Eed:220606  Ind ID:1020528208811<br>Ind Name:Gooo Lab Tm: 1573127499Tc | 119.82 |
| 06/08 | 06/08 Online ACH Payment 5338794311 To Baerenterprisesinc (_##4055) | 3,852.00 |
| 06/09 | Orig CO Name:Paypal          Orig ID:Paypalsi77 Desc Date:220609 CO Entry Descr:Inst<br>Xfer Sec:Web   Trace#:021000021938036 Eed:220609  Ind ID:Shein          Ind<br>Name:Gooo Lab | 129.65 |
| 06/10 | Orig CO Name:Paypal          Orig ID:Paypalsi77 Desc Date:220610 CO Entry Descr:Inst<br>Xfer Sec:Web   Trace#:021000022236799 Eed:220610  Ind ID:Instacart          Ind<br>Name:Gooo Lab | 119.63 |
| 06/13 | Orig CO Name:Paypal          Orig ID:Paypalsi77 Desc Date:220612 CO Entry Descr:Inst<br>Xfer Sec:Web   Trace#:021000028546861 Eed:220613  Ind ID:Instacart          Ind<br>Name:Gooo Lab | 108.59 |

**CHASE ○**

June 01, 2022 through June 30, 2022

Account Number: ████████████

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/21 | Orig CO Name:Dukeenergycorpor    Orig ID:4700130001 Desc Date:Jun 22 CO Entry Descr:Web_Pay Sec:CCD  Trace#:021000027501797 Eed:220621  Ind ID:08503244061722 Ind Name:1110415482 Trn: 1727501797Tc | 309.18 |
| 06/21 | Orig CO Name:Vectren Energy    Orig ID:1350793669 Desc Date:220617 CO Entry Descr:Pymt    Sec:PPD   Trace#:074000065897461 Eed:220621  Ind ID: Ind Name:0262191494150023312Web Trn: 1725897461Tc | 306.33 |
| 06/21 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220619 CO Entry Descr:Inst Xfer Sec:Web  Trace#:021000026177795 Eed:220621 Ind ID:Quickbooks    Ind Name:Gooo Lab | 12.50 |
| 06/27 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220627 CO Entry Descr:Inst Xfer Sec:Web  Trace#:021000025761987 Eed:220627  Ind ID:Instacart    Ind Name:Gooo Lab | 30.46 |
| 06/28 | Orig CO Name:Indiana - Americ    Orig ID:7350936102 Desc Date:062822 CO Entry Descr:Payment  Sec:PPD   Trace#:042000015227621 Eed:220628  Ind ID: Ind Name:Yinan Liu Trn: 1795227621Tc | 34.60 |
| 06/29 | Orig CO Name:Shen Zhen Qian H    Orig ID:770510487C Desc Date:    CO Entry Descr:lat Paypalsec:Web  Trace#:021000029546490 Eed:220629  Ind ID:1020935719728 Ind Name:Gooo Lab | 119.40 |
| 06/29 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220629 CO Entry Descr:Inst Xfer Sec:Web  Trace#:021000026313817 Eed:220629  Ind ID:Instacart    Ind Name:Gooo Lab | 37.19 |
| 06/29 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220629 CO Entry Descr:Inst Xfer Sec:Web  Trace#:021000026319819 Eed:220629  Ind ID:Instacart    Ind Name:Gooo Lab | 29.51 |
| 06/30 | Orig CO Name:Att    Orig ID:9864031004 Desc Date:062922 CO Entry Descr:Payment  Sec:PPD   Trace#:031100206350428 Eed:220630  Ind ID: Ind Name:Tiny Cocoons Inc Trn: 1816350428Tc | 80.84 |
| **Total Electronic Withdrawals** | | **$92,498.31** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06/01 | $25,854.06 | 06/09 | 5,072.20 | 06/27 | 4,159.95 |
| 06/02 | 3,508.74 | 06/10 | 4,952.57 | 06/28 | 4,125.35 |
| 06/03 | 3,473.74 | 06/13 | 4,843.98 | 06/29 | 3,939.25 |
| 06/06 | 3,148.08 | 06/17 | 4,835.05 | 06/30 | 3,858.41 |
| 06/08 | 73.85 | 06/21 | 4,190.41 | | |



June 01, 2022 through June 30, 2022

Account Number: ●●●●●●●●●●●●●●●

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE** ◆

This Page Intentionally Left Blank

# Invoice

*Yinan Liu*

Invoice No.
2022.0601.T1A_A

| Description | Amount |
|---|---|
| **Design Consultation Services and Project Management for 20' Tiny House on Wheels:** | |
| Initial Consultation (2 hours) | $450 |
| Follow-up Consultation (2 hours) | $450 |
| Site Visits | $850 |
| Preliminary Design Sketches | $1,200 |
| Concept Development | $1,850 |
| Final Design Development | $2,000 |
| Material and Finish Selection Consultation | $1,250 |
| Detailed Drawings, Interior Renderings, Exterior Renderings | $3,200 |
| Project Management (includes coordination with the builders) | $2,500 |
| Revisions and Adjustments | $1,500 |
| Final Design Presentation Package | $1,100 |
| Fund to Purchase Refrigerator, Washer/Dryer Combo, and Interior Fixtures (hardware, hangers, etc.) | $5,995.32 |

**Date :**
01st June 2022

**Recipient :**
Tiny Cocoons Inc

**Consultant Mailing Address :**
2237 Delaware Dr, West Lafayette, IN, 47906
United States

| | SUB-TOTAL | $22,345.32 |
|---|---|---|
| | TAX (0%) | $0 |
| | TOTAL | $22,345.32 |
| | AMOUNT DUE (100%) | $22,345.32 |

Thank you for the business

Yinan Liu

**Make check or transfer payable to :**
Yinan Liu
Account No.: 529391200
Routing No.: 074000010
(direct deposit & ACH)
Routing No.: 021000021
(wire transfer)



**Baer Enterprises Inc.**
**"True Tiny Homes"**
**PO Box 555**
**210 E. Third St.**
**Brookston, IN 47923**

**765-437-7314**



# Quote

| Distributor No. | Date |
|---|---|
| 989 | 05/17/22 |

| Distributor Name, Address, Contact Info | Promotional Code |
|---|---|
| Tiny Cocoons<br>Deleware St<br>West Lafayette, IN<br>47906 | 20' Custom THOW - Tan/White/Red In... |

| Description | Quantity | Cost | Total |
|---|---|---|---|
| this order. Any dramatic increases in material price or delivery will be discussed with the buyer at the time of material purchase. | | | |
| 3. 6 week delivery is based on regular work weeks without interruption, changes, missed approvals, and timing communication on critical build details. | | | |
| 4. This house will be built to NOAH general specifications, but will not be certified. Any changes to the specs will need to be approved by the builder. State regulations will be followed as long as they shared prior to installation. | | | |
| 5. Due to this house being a custom build project with a very tight timline, there will be no cancelation accepted once the home is paid and no refunds. All moneys must be paid prior to start of the project. | | | |
| 6. Shipping of this home is not included. | | | |
| 7. Appliances are not included. | | | |
| Indiana Sales Tax | | 7.00% | 4,236.00 |
| | | **Total** | **$64,759.00** |

BEI Standard Payment Terms are Time Of Order.
Shipping is to be charged according to order and is paid by the customer.
Tax Exempt Forms must be signed and returned before acceptance of any order.
Order acceptance based on final approval BEI President.

Sign here:_____

Date here:_____

**"True Tiny Homes" is a subsidiary of Baer Enterprises Inc.**

**Appendix - F**



7/11/2022



7/15/2022



7/19/2022



8/10/2022



8/10/2022





8/10/2022







8/11/2022



8/11/2022



8/11/2022



8/11/2022



8/11/2022



8/11/2022



8/22/2022



8/22/2022





8/22/2022









8/29/2022



8/30/2022





8/31/2022







9/8/2022



9/14/2022



9/16/2022





10/3/2022





10/6/2022



10/18/2022



10/18/2022















10/26/2022





10/26/2022





11/17/2022



11 / 17 / 2022







11/17/2022



11/17/2022



11/17/2022







4/3/2023





4/3/2023





















5/16/2023





5/25/2023



5/25/2023

**Appendix - G**

# THE REGENTS OF THE

# University of California

ON THE NOMINATION OF THE

**GRADUATE COUNCIL OF THE IRVINE DIVISION**

HAVE CONFERRED UPON

## YINAN LIU

THE DEGREE OF MASTER OF URBAN AND REGIONAL PLANNING

WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT IRVINE

THIS TENTH DAY OF JUNE IN THE YEAR

TWO THOUSAND AND ELEVEN.



GOVERNOR OF CALIFORNIA AND
PRESIDENT OF THE REGENTS

PRESIDENT OF THE UNIVERSITY

CHANCELLOR AT IRVINE

DEAN OF THE GRADUATE DIVISION

UNIVERSITY REGISTRAR                    UNIVERSITY OF CALIFORNIA IRVINE

| | | LIU, YINAN | |
|---|---|---|---|
| SOCIAL SECURITY NO. | STUDENT NO. | NAME OF STUDENT | |
| ████████ | 05/19/XX | GRADUATE | URBAN&REGIONAL PLAN |
| SEP  2009 | | | |
| DATE ADMITTED | DATE OF BIRTH | ACADEMIC CAREER   08/02/12 | MAJOR PROGRAM   08/31/12 |

```
      - MASTERS DEGREES -
        ADVANCED TO CANDIDACY - 11/29/10
        DEGREE CONFERRED - JUNE 10, 2011
        MASTER OF URBAN AND REGIONAL PLANNING


  I FALL QUARTER  2009
        ESL INTERN CONV II  HUMAN     23B  2.0 P     P/NP
        HIST URBAN PLANNING PP&D     U202  4.0 B+  13.2
        QUAN ANALY PLANNERS PP&D     U214  4.0 A   16.0
        GEOGRAPHIC INFO SYS PP&D     U237  4.0 B+  13.2

    WINTER QUARTER  2010
        DEVELOPMENT CONTROL PP&D     U207  4.0 A   16.0
        DEMOGRAPHS PLAN&POL PP&D     U22B  4.0 A-  14.8
        URBAN SECURITY      PP&D     U275  4.0 A   16.0
        URBAN DESIGN STUDIO PP&D     U282  4.0 A-  14.8

    SPRING QUARTER  2010
        THEORIES OF PLANING PP&D     U203  4.0 A-  14.8
        MICROECON URB PLAN  PP&D     U206  4.0 A   16.0
        CALIF POPULATION    PP&D     U208  4.0 B+  13.2
        GIS & PLANNING      PP&D     U235  4.0 A   16.0

    FALL QUARTER  2010
        REAL EST CAP MKTS   MGMTMBA  246C  4.0 B+  13.2
        REGION DEV THEORY   PP&D      242  4.0 A   16.0
        COMM PLAN PRACT A   PP&D      275  4.0 A+  16.0
        PROFESSIONAL REPORT PP&D      292  4.0 A-  14.8

    WINTER QUARTER  2011
        COMM PLAN PRACT B   PP&D      275  4.0 A-  14.8
        CULTR COMMNTY SPACE PP&D      278  4.0 A-  14.8
        IND STDY URBAN PLAN PP&D      299  4.0 A-  14.8

    SPRING QUARTER  2011
        04/01/11 FILING FEE PD IN LIEU OF REG SPRING 2011

        72.0* ATTM   72.0* PSSD  268.4* G.P.   52.4 BAL

    QUARTER CREDITS COMPLETED   74.0  UC GPA   3.728


    OFFICIAL UC IRVINE TRANSCRIPT COMPUTER-PRODUCED ON 08/31/12
    *********     THIS COPY ISSUED TO STUDENT      *********
```

THIS INFORMATION HAS BEEN RELEASED IN ACCORDANCE WITH THE
RIGHTS AND PRIVACY ACT OF 1974 AND CANNOT BE RELEASED TO
ANOTHER PARTY WITHOUT THE WRITTEN CONSENT OF THE STUDENT.

This academic transcript is printed on special security paper
with a blue background, the Seal of the University of California
Irvine, and the signature of the University Registrar. This is an
official sealed instrument; a raised seal is not required.

Elizabeth Bennett, University Registrar

Patent #5,636,874

TouchSafe®

TOUCH OR BREATHE ON TOUCHSAFE FINGERPRINT TO VALIDATE AUTHENTICITY OF TRANSCRIPT

UNIVERSITY OF CALIFORNIA IRVINE

证　　明

　　刘伊楠，女，1987年5月19日生。自2005年9月至 2009年7月在我校土地资源管理专业完成了4年制本科学习计划，业已毕业。于2009年7月获得毕业证书与工学学士学位证书。

　　毕业证书编号：114131200905000155

　　学位证书编号：1141342009000144

　　身份证号： ▆▆▆▆▆▆▆▆▆▆

特此证明。

中国矿业大学（北京）

教务处

2010年8月28日

## CERTIFICATE

This is to certify that Yinan Liu, Female, born on May 19, 1987. She has studied in China University of Mining and Technology (Beijing) with a specialty of Land Resources Management from September 2005 to July 2009. Upon completing and passing all the required courses of the 4-year undergraduate program, she is granted graduation, then she is awarded a diploma certificate and Engineering Bachelor's degree certificate in July 2009.

Diploma Certificate No: 114131200905000155

Degree certificate No: 1141342009000144

ID No: ▆▆▆▆▆▆▆▆▆▆

China University of Mining and Technology (Beijing)

Academic Affair Office

Aug 28, 2010

普 通 高 等 学 校

# 毕 业 证 书



学生  刘伊楠   性别 女 ,一九八七 年 五 月十九 日生,于二〇〇五

年 九 月至二〇〇九年 七 月在本校         土地资源管理

专业   四   年制 本   科学习,修完教学计划规定的全部课程,成绩合

格,准予毕业。

校  名:                      校(院)长:

证书编号: 11413120090500155       二〇〇九 年 七 月 一 日

中华人民共和国教育部学历证书查询网址: http://www.chsi.com.cn

# 中国矿业大学(北京)学生成绩单



| 姓　名: | 刘伊楠 | 出生日期: | 1987年5月19日 |
|---|---|---|---|
| 性　别: | 女 | 入学时间: | 2005年9月2日 |
| 学　号: | 0511150121 | 院　系: | 资源与安全工程学院 |
| 培养层次: | 本科 | 专　业: | 土地资源管理 |

| 序号 | 课程名称 | 性质 | 学时 | 学分 | 学期 | 成绩 | 备注 |
|---|---|---|---|---|---|---|---|
| 1 | 大学化学A | 学科大类课 | 64 | 4 | 1 | 80 | |
| 2 | 大学英语1 | 公共基础必修课 | 64 | 4 | 1 | 83 | |
| 3 | 高等数学A1 | 公共基础必修课 | 80 | 5 | 1 | 88 | |
| 4 | 工程制图C | 学科大类课 | 64 | 4 | 1 | 84 | |
| 5 | 马克思主义哲学原理 | 公共基础必修课 | 32 | 2 | 1 | 81 | |
| 6 | 思想道德修养 | 公共基础必修课 | 24 | 1.5 | 1 | 82 | |
| 7 | 体育1 | 公共基础必修课 | 32 | 1 | 1 | 90 | |
| 8 | 信息技术应用基础 | 公共基础必修课 | 48 | 3 | 1 | 77 | |
| 9 | C语言与程序设计 | 专业选修课 | 48 | 3 | 2 | 86 | |
| 10 | 大学物理B | 公共基础必修课 | 80 | 5 | 2 | 79 | |
| 11 | 大学英语2 | 公共基础必修课 | 64 | 4 | 2 | 78 | |
| 12 | 地图编制与地形绘图 | 专业选修课 | 40 | 2.5 | 2 | 92 | |
| 13 | 法律基础 | 公共基础必修课 | 32 | 2 | 2 | 95 | |
| 14 | 高等数学A2 | 公共基础必修课 | 110 | 7 | 2 | 80 | |
| 15 | 军事技能训练 | 公共基础必修课 | 16 | 1 | 2 | 合格 | |
| 16 | 军事理论 | 公共基础必修课 | 16 | 1 | 2 | 87 | |
| 17 | 普通测量学 | 专业选修课 | 48 | 3 | 2 | 92 | |
| 18 | 体育2 | 公共基础必修课 | 32 | 1 | 2 | 99 | |
| 19 | 土地测量实习 | 实践环节 | 3周 | 3 | 2 | 良好 | |
| 20 | 物理实验B | 公共基础必修课 | 45 | 1.5 | 2 | 84 | |
| 21 | 中医食养食疗法 | 公共选修课 | 20 | 1 | 2 | 90 | |
| 22 | 创造与创新 | 公共选修课 | 20 | 1 | 3 | 85 | |
| 23 | 大学英语3 | 公共基础必修课 | 64 | 4 | 3 | 81 | |
| 24 | 地籍测量 | 专业课 | 32 | 2 | 3 | 84 | |
| 25 | 概率论与数理统计 | 公共基础必修课 | 52 | 3 | 3 | 86 | |
| 26 | 国土资源学 | 专业课 | 48 | 3 | 3 | 81 | |
| 27 | 计算机软件技术基础 | 专业选修课 | 48 | 3 | 3 | 87 | |
| 28 | 马克思主义政治经济学原理 | 公共基础必修课 | 32 | 2 | 3 | 76 | |
| 29 | 体育3 | 公共基础必修课 | 32 | 1 | 3 | 83 | |
| 30 | 土地经济学 | 专业方向课组 | 40 | 2.5 | 3 | 85 | |
| 31 | 土地政策与法规 | 专业课 | 32 | 2 | 3 | 78 | |

院系(公章):　　　　　　　　　　　　　　　　　　　　第 1 页共 3 页



# 中国矿业大学(北京)学生成绩单

姓　　名：**刘伊楠**　　　　性　　别：**女**　　　　出生日期：**1987年5月19日**

学　　号：**0511150121**　　培养层次：**本科**　　　入学时间：**2005年9月2日**

学　　院　系：**资源与安全工程学院**　　　　　　　　　专　　业：**土地资源管理**

| 序号 | 课程名称 | 性质 | 学时 | 学分 | 学期 | 成绩 | 备注 |
|---|---|---|---|---|---|---|---|
| 32 | 现代生物学概论 | 公共选修课 | 20 | 1 | 3 | 80 | |
| 33 | 线性代数A | 公共基础必修课 | 44 | 3 | 3 | 79 | |
| 34 | 营养与疾病 | 公共选修课 | 20 | 1 | 3 | 80 | |
| 35 | 大学英语4快班 | 公共基础必修课 | 64 | 4 | 4 | 81 | |
| 36 | 电工与电子技术C | 学科大类课 | 72 | 4.5 | 4 | 92 | |
| 37 | 建设用地管理 | 专业课 | 32 | 2 | 4 | 93 | |
| 38 | 经济地理学 | 专业选修课 | 40 | 2.5 | 4 | 87 | |
| 39 | 空间数据库基础 | 专业课 | 40 | 2.5 | 4 | 83 | |
| 40 | 毛泽东思想概论 | 公共基础必修课 | 24 | 1.5 | 4 | 84 | |
| 41 | 体育4 | 公共基础必修课 | 32 | 1 | 4 | 62 | |
| 42 | 土地管理概论与地籍管理 | 专业课 | 48 | 3 | 4 | 79 | |
| 43 | 土地管理实习(暑假) | 实践环节 | 3周 | 3 | 4 | 优秀 | |
| 44 | 土壤学 | 专业课 | 64 | 4 | 4 | 81 | |
| 45 | 土壤学实习 | 实践环节 | 2周 | 2 | 4 | 优秀 | |
| 46 | GIS基础A | 专业课 | 64 | 4 | 5 | 95 | |
| 47 | 邓小平理论和三个代表重要思想 | 公共基础必修课 | 40 | 2.5 | 5 | 86 | |
| 48 | 工业技术经济学 | 专业课 | 40 | 2.5 | 5 | 82 | |
| 49 | 航测与遥感 | 专业选修课 | 56 | 3.5 | 5 | 88 | |
| 50 | 航测与遥感课程设计 | 专业课 | 1周 | 1 | 5 | 良好 | |
| 51 | 建筑学概论 | 专业选修课 | 32 | 2 | 5 | 87 | |
| 52 | 土地规划学 | 专业方向课组 | 48 | 3 | 5 | 88 | |
| 53 | 土地利用工程 | 专业方向课组 | 48 | 3 | 5 | 89 | |
| 54 | 土地评价 | 专业选修课 | 32 | 2 | 5 | 88 | |
| 55 | 土地信息系统课程设计 | 实践环节 | 0 | 1 | 5 | 81 | |
| 56 | 误差理论与数据处理 (资源与安全工程学院) | 专业选修课 | 32 | 2 | 5 | 93 | |
| 57 | 应用运筹学 | 专业选修课 | 48 | 3 | 5 | 84 | |
| 58 | 房地产经营与管理 | 专业课 | 56 | 3.5 | 6 | 82 | |
| 59 | 环境学 (资源与安全工程学院) | 专业选修课 | 40 | 2.5 | 6 | 82 | |
| 60 | 企业管理 | 公共基础必修课 | 32 | 2 | 6 | 88 | |
| 61 | 区域规划与城镇规划 | 专业选修课 | 32 | 2 | 6 | 86 | |
| 62 | 生命科学前沿 | 公共选修课 | 20 | 1 | 6 | 95 | |

第 2 页共 3 页

# 中国矿业大学(北京)学生成绩单

姓　　名： 刘伊楠　　　　　性　别： 女　　　　　出生日期　1987年5月19日

学　　号： 0511150121　　　培养层次： 本科　　　　入学时间　2005年9月2日

院　　系： 资源与安全工程学院　　　　　　　　　　专　业　　土地资源管理

| 序号 | 课程名称 | 性质 | 学时 | 学分 | 学期 | 成绩 | 备注 |
|---|---|---|---|---|---|---|---|
| 63 | 生态学（资源与安全工程学院） | 专业选修课 | 40 | 2.5 | 6 | 95 | |
| 64 | 土地规划与利用实习(暑假) | 实践环节 | 4周 | 4 | 6 | 89 | |
| 65 | 物业管理 | 专业选修课 | 40 | 2.5 | 6 | 92 | |
| 66 | 不动产估价 | 专业方向课组 | 56 | 3.5 | 7 | 75 | |
| 67 | 沉陷工程学 | 专业选修课 | 40 | 2.5 | 7 | 87 | |
| 68 | 土地复垦学 | 专业方向课组 | 40 | 2.5 | 7 | 84 | |
| 69 | 专业综合设计 | 实践环节 | 3周 | 3 | 7 | 85 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

经办人：　　　　　　　　　　中国矿业大学(北京) (章)

院系(公　章)：　　　　　　日　期：2009年6月5日

第 3 页共 3 页

# School Report From China University of Mining and Technology(BeiJing)



| | |
|---|---|
| Name: Liu Yinan | Birthday: 1987-5-19 |
| Sex: Female | Entrance Time: 2005-9-2 |
| Student ID: 0511150121 | School: School of Resources and Safety Engineering |
| Study Level: Undergraduate Course | Major: Land Resources Management |

| No. | Course Name | Kind | Class Hour | Credit | Term | Score | Remark |
|---|---|---|---|---|---|---|---|
| 1 | General Chemistry A | Core | 64 | 4 | 1 | 80.3 | |
| 2 | College English1 | Core | 64 | 4 | 1 | 83 | |
| 3 | Advanced  Mathematics A 1 | Core | 80 | 5 | 1 | 88.4 | |
| 4 | Engineering Drawing C | Core | 64 | 4 | 1 | 84 | |
| 5 | Principle of Marxism Philosophy | Core | 32 | 2 | 1 | 81 | |
| 6 | Ideological & Moral Cultivation | Core | 24 | 1.5 | 1 | 82 | |
| 7 | College Sports 1 | Core | 32 | 1 | 1 | 90 | |
| 8 | The Application of Information Technology-based | Core | 48 | 3 | 1 | 77 | |
| 9 | C Programming | Core | 48 | 3 | 2 | 86 | |
| 10 | College Physics B | Core | 80 | 5 | 2 | 79 | |
| 11 | College English2 | Core | 64 | 4 | 2 | 78 | |
| 12 | Map Arranging and Topography Plotting | Core | 40 | 2.5 | 2 | 92 | |
| 13 | Fundamentals of Law | Core | 32 | 2 | 2 | 95 | |
| 14 | Advanced Mathematics A2 | Core | 110 | 7 | 2 | 80 | |
| 15 | Military Skills | Core | 16 | 1 | 2 | 75 | |
| 16 | Military Theory | Core | 16 | 1 | 2 | 87 | |
| 17 | General Surveying | Core | 48 | 3 | 2 | 91.9 | |
| 18 | College Sports 2 | Core | 32 | 1 | 2 | 99 | |
| 19 | Land Surveying Practice | Optional | 3W | 3 | 2 | 85 | |
| 20 | Physical Experiment B | Core | 45 | 1.5 | 2 | 84 | |
| 21 | Traditional Chinese Medical Diet Therapy | Optional | 20 | 1 | 2 | 90 | |
| 22 | Creation and Innovation | Optional | 20 | 1 | 3 | 85 | |
| 23 | College English3 | Core | 64 | 4 | 3 | 81 | |
| 24 | Cadastration | Core | 32 | 2 | 3 | 84.4 | |
| 25 | Probability Theory and Mathematical Statistics | Core | 52 | 3 | 3 | 85.8 | |
| 26 | Land Resources | Core | 48 | 3 | 3 | 81.3 | |
| 27 | Computer Software Technology Base | Core | 48 | 3 | 3 | 87 | |
| 28 | Principle of Marxism Political Economics | Core | 32 | 2 | 3 | 76 | |
| 29 | College Sports 3 | Core | 32 | 1 | 3 | 83 | |
| 30 | Land Economics | Core | 40 | 2.5 | 3 | 85 | |
| 31 | Land Laws and Statute | Core | 32 | 2 | 3 | 77.5 | |

School(Common Seal):



Page: 1  Total: 3

# School Report From China University of Mining and Technology(BeiJing)



| | | |
|---|---|---|
| Name: **Liu Yinan** | Birthday: | 1987-5-19 |
| Sex: Female | Entrance Time: | 2005-9-2 |
| Student ID: 0511150121 | School: | School of Resources and Safety Engineering |
| Study Level: Undergraduate Course | Major: | Land Resources Management |

| No. | Course Name | Kind | Class Hour | Credit | Term | Score | Remark |
|---|---|---|---|---|---|---|---|
| 32 | Introduction of Modern Biology | Optional | 20 | 1 | 3 | 80 | |
| 33 | Linear Algebra A | Core | 44 | 3 | 3 | 79 | |
| 34 | Nutrition and Disease | Optional | 20 | 1 | 3 | 80 | |
| 35 | College English4 | Core | 64 | 4 | 4 | 81 | |
| 36 | Electrical Engineering & Electrical Technology C | Core | 72 | 4.5 | 4 | 92.4 | |
| 37 | Management of Construction Land | Core | 32 | 2 | 4 | 92.5 | |
| 38 | Economic Geography | Core | 40 | 2.5 | 4 | 87.1 | |
| 39 | Foundation of Spatial Database | Core | 40 | 2.5 | 4 | 83.3 | |
| 40 | Introduction of Mao Zedong Thought | Core | 24 | 1.5 | 4 | 83.7 | |
| 41 | College Sports 4 | Core | 32 | 1 | 4 | 62 | |
| 42 | Land Management and Land Archives Management | Core | 48 | 3 | 4 | 78.6 | |
| 43 | Land Management Practice | Optional | 3W | 3 | 4 | A | |
| 44 | Soil Science | Core | 64 | 4 | 4 | 80.8 | |
| 45 | Soil Science Practice | Optional | 2W | 2 | 4 | 95 | |
| 46 | Foundation of GIS A | Core | 64 | 4 | 5 | 94.6 | |
| 47 | Dong Xiaoping Principle and Three Representatives Thoughts | Core | 40 | 2.5 | 5 | 86 | |
| 48 | Engineering Technical Economics | Core | 40 | 2.5 | 5 | 82 | |
| 49 | Aerial Surveying and Remote Sensing | Core | 56 | 3.5 | 5 | 88 | |
| 50 | Course Design for Aerial Survey and Remote Sensing | Core | 1W | 1 | 5 | B | |
| 51 | Introduction to Architecture | Core | 32 | 2 | 5 | 87.1 | |
| 52 | Land Use Planning | Core | 48 | 3 | 5 | 88.4 | |
| 53 | Land Use Engineering | Core | 48 | 3 | 5 | 89.4 | |
| 54 | Land Assessment | Core | 32 | 2 | 5 | 88.4 | |
| 55 | Course Design of Land Information System | Optional | 0W | 1 | 5 | 81 | |
| 56 | Error Theory and Data Processing | Core | 32 | 2 | 5 | 93 | |
| 57 | Apply Operations Research | Core | 48 | 3 | 5 | 84.4 | |
| 58 | Realty Management and Supervision | Core | 56 | 3.5 | 6 | 82.2 | |
| 59 | Environmental Studies | Core | 40 | 2.5 | 6 | 82 | |
| 60 | Enterprise Management | Core | 32 | 2 | 6 | 88 | |
| 61 | Regional Planning and Rural Programming | Core | 32 | 2 | 6 | 86 | |
| 62 | Life Science | Optional | 20 | 1 | 6 | 95 | |

School(Common Seal):                                               Page: 2    Total: 3

# School Report From China University of Mining and Technology(BeiJing)

Name: **Liu Yinan**  Sex: **Female**  Birthday: **1987-5-19**

Student ID: **0511150121**  Study Level: **Undergraduate Course**  Entrance Time: **2005-9-2**

School: **School of Resources and Safety Engineering**  Major: **Land Resources Management**

| No. | Course Name | Kind | Class Hour | Credit | Term | Score | Remark |
|---|---|---|---|---|---|---|---|
| 63 | Ecology | Core | 40 | 2.5 | 6 | 95 | |
| 64 | Practice of Land Planning and Using | Optional | 4W | 4 | 6 | 89 | |
| 65 | Estate Management | Core | 40 | 2.5 | 6 | 91.5 | |
| 66 | Estate Evaluation | Core | 56 | 3.5 | 7 | 75 | |
| 67 | Subsidence Engineering | Core | 40 | 2.5 | 7 | 87 | |
| 68 | Land Reclamation | Core | 40 | 2.5 | 7 | 84 | |
| 69 | Major Course Design | Optional | 3W | 3 | 7 | 85 | |

Clerk (Signature ):

School (Common Seal):

Academic Affairs Office(Seal)

Date: **5-Jun-09**

Page: 3  Total: 3

**Appendix - H**





































**Appendix - I**



































## GENERAL NOTES

1. ALL WORK PERFORMED SHALL COMPLY WITH THE CONTRACT DOCUMENTS AND DRAWINGS, INCLUDING THESE GENERAL NOTES. THE CONTRACTOR SHALL COORDINATE THE INTENT OF THE GENERAL NOTES WITH ALL TRADES. ALL WORK PERFORMED SHALL COMPLY WITH CODES, LAWS, ORDINANCES, RULES, AND REGULATIONS OF PUBLIC AUTHORITIES GOVERNING THE WORK.

2. THE ORGANIZATION OF THE DRAWINGS SHALL NOT CONTROL THE CONTRACTOR IN DIVIDING THE WORK AMONG SUBCONTRACTORS OR IN ESTABLISHING THE EXTENT OF WORK TO BE PERFORMED BY ANY TRADE.

3. ALL MATERIALS AND WORKMANSHIP SHALL CONFORM TO THE DRAWINGS. IF CONFLICT IS FOUND BETWEEN DRAWINGS & GENERAL NOTES, CONSULT THE ARCHITECT FOR CLARIFICATION BEFORE PROCEEDING WITH THE WORK.

4. IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR TO CHECK WITH THE ARCHITECTURAL DRAWINGS BEFORE THE INSTALLATION OF ALL OTHER WORK. ANY WORK INSTALLED IN CONFLICT WITH THE ARCHITECTURAL DRAWINGS SHALL BE CORRECTED BY THE CONTRACTOR AT NO ADDITIONAL COST.

5. NO DEVIATION FROM CONTRACT DRAWINGS SHALL BE MADE WITHOUT WRITTEN APPROVAL OF THE ARCHITECT.

6. SUBMIT REQUESTS FOR SUBSTITUTIONS, REVISIONS, OR CHANGES TO ARCHITECT FOR REVIEW PRIOR TO PURCHASE, FABRICATION OR INSTALLATION. REFER TO SPECIFICATIONS.

7. COORDINATE WORK WITH THE OWNER, INCLUDING SCHEDULING TIME AND LOCATIONS FOR DELIVERIES, BUILDING ACCESS, USE OF BUILDING SERVICES AND FACILITIES, AND USE OF ELEVATORS. MINIMIZE DISTURBANCE OF BUILDING FUNCTIONS AND OCCUPANTS.

8. OWNER WILL PROVIDE WORK NOTED "BY OTHERS" OR "NIC" UNDER SEPARATE CONTRACT. INCLUDE SCHEDULE REQUIREMENTS IN CONSTRUCTION PROGRESS SCHEDULE AND COORDINATE TO ASSURE ORDERLY SEQUENCE OF INSTALLATION.

9. DO NOT SCALE DRAWINGS. DIMENSIONS SHALL TAKE PRECEDENCE OVER SCALES SHOWN ON DRAWINGS. GENERAL CONTRACTOR SHALL VERIFY ALL DIMENSIONS, GRADES AND CONDITIONS AT SITE PRIOR TO COMMENCING THE WORK, AND REPORT ANY DISCREPANCIES TO THE ARCHITECT IN WRITING.

10. REVIEW DOCUMENTS, VERIFY DIMENSIONS AND FIELD CONDITIONS AND CONFIRM THAT WORK IS BUILDABLE AS SHOWN. REPORT ANY CONFLICTS OR OMISSIONS TO THE ARCHITECT FOR CLARIFICATION PRIOR TO PERFORMING ANY WORK IN QUESTION.

11. ALL SYMBOLS AND ABBREVIATIONS USED ON THE DRAWINGS ARE CONSIDERED TO BE CONSTRUCTION STANDARDS. IF THE CONTRACTOR HAS QUESTIONS REGARDING SAME, OR THEIR EXACT MEANING, THE ARCHITECT SHALL BE NOTIFIED FOR CLARIFICATION.

12. WHERE A TYPICAL CONDITION IS DETAILED, IT SHALL BE UNDERSTOOD THAT ALL LIKE OR SIMILAR CONDITIONS ARE THE SAME UNLESS SPECIFICALLY NOTED OR DETAILED OTHERWISE.

13. ALL DIMENSIONS ARE TO FACE OF CONCRETE, FACE OF CONCRETE BLOCK WALLS, AND FACE OF SCHEDULED PARTITION UNLESS OTHERWISE NOTED. MAINTAIN DIMENSIONS MARKED "CLEAR." ALLOW FOR THICKNESS OF FINISHES.

14. CEILING HEIGHT DIMENSIONS ARE TO FINISHED CEILING SURFACES.

15. CONTRACTOR SHALL PROVIDE CONSTRUCTION BARRICADES OR FENCING AS REQUIRED AND AS APPROVED BY THE CITY FOR PUBLIC SAFETY PRIOR TO COMMENCING THE WORK.

16. FIRE PROTECTION EQUIPMENT AND SERVICE ACCESS MUST BE PROVIDED BY THE CONTRACTOR DURING THE CONSTRUCTION PERIOD AS REQUIRED BY THE FIRE DEPARTMENT, AND SHALL COMPLY WITH ALL APPLICABLE PROVISIONS OF CFC CHAPTER 33.

17. CONTRACTOR SHALL PROVIDE TEMPORARY EXIT SIGNS TO ASSURE A MEANS OF EGRESS DURING CONSTRUCTION.

18. CONTRACTOR SHALL AS NECESSARY PROVIDE SHORING DESIGNED AND DETAILED BY AN ENGINEER REGISTERED IN THE LOCAL PUBLIC AUTHORITIES.

20. CONTRACTOR TO OBTAIN AND PAY FOR PERMITS AND INSPECTIONS REQUIRED BY PUBLIC AUTHORITIES GOVERNING THE WORK.

21. CONTRACTOR SHALL OBTAIN NECESSARY PERMITS FROM LOCAL PUBLIC AUTHORITIES TO CONSTRUCT AND SETTLE THIS TINY HOME ON WHEELS.

22. WIRING WITHIN CONCEALED SPACES SHALL COMPLY TO LACBC.

23. TEMPORARY PEDESTRIAN PROTECTION SHALL BE PROVIDED AS REQUIRED BY SECTION 3306.

24. PROVIDE CONCEALED BLOCKING AS REQUIRED FOR WORK SUCH AS BUT NOT LIMITED TO OWNER'S OTHER CONTRACTORS. COORDINATE WITH OTHER CONTRACTORS FOR SIZE, TYPE, AND LOCATION OF REQUIRED BLOCKING.

25. STORAGE, DISPENSING OR USE OF ANY FLAMMABLE OR COMBUSTIBLE LIQUIDS, FLAMMABLE GAS AND HAZARDOUS SUBSTANCES SHALL COMPLY WITH LOCAL FIRE CODE REGULATIONS.

26. CONTRACTOR TO COORDINATE TELECOMMUNICATIONS, DATA AND SECURITY SYSTEM INSTALLATIONS.

27. CONTRACTOR TO MAINTAIN EXITS, EXIT LIGHTING, FIRE PROTECTIVE DEVICES, AND ALARMS IN CONFORMANCE WITH CODES AND ORDINANCES.

28. CONTRACTOR TO PROTECT AREA OF WORK AND ADJACENT AREAS FROM DAMAGE. CONTRACTOR TO COORDINATE TRASH ACCESS.

29. CONTRACTOR TO MAINTAIN WORK AREAS SECURE AND LOCKABLE DURING CONSTRUCTION. COORDINATE WITH COUNTY TO PROVIDE SECURITY.

30. FIRE PROTECTION EQUIPMENT AND SERVICE ACCESS MUST BE PROVIDED DURING THE CONSTRUCTION PERIOD AS REQUIRED BY THE COUNTY.

33. WOOD BLOCKING SHALL BE FIRE TREATED IN ACCORDANCE WITH APPLICABLE CODE REQUIREMENTS.

31. CONTRACTOR SHALL COORDINATE ALL WORK WITH THE CURRENT BUILDING/ LANDLORD'S TENANT DESIGN AND CONSTRUCTION MANUAL.

---

TINY COCOONS ©

28" x 8'6"
Tiny House On Wheels

GENERAL NOTES

DATE: SEP 2021

SHEET:

P-0





Camera South







TINY COCOONS ©

28' x 8'6"
Tiny House On Wheels

PROJECT OVERVIEW

GENERAL NOTES:

THIS PLAN SET, COMBINED WITH THE BUILDING CONTRACT, PROVIDES BUILDING DETAILS FOR THE TINY HOUSE ON WHEELS PROJECT. THE CONTRACTOR SHALL VERIFY THAT SITE CONDITIONS ARE CONSISTENT WITH THESE PLANS BEFORE STARTING WORK. WORK NOT SPECIFICALLY DETAILED SHALL BE CONSTRUCTED TO THE SAME QUALITY AS SIMILAR WORK THAT IS DETAILED. ALL WORK SHALL BE DONE IN ACCORDANCE WITH INTERNATIONAL BUILDING CODES AND LOCAL CODES. CONTRACTOR SHALL BE RESPONSIBLE AND BEAR ANY FINES OR PENALTIES FOR CODE, ORDINANCE, REGULATION OR BUILDING PROCESS VIOLATIONS. INSURANCES SHALL BE IN FORCE THROUGHOUT THE DURATION OF THE BUILDING PROJECT.

CONTRACTOR SHALL VERIFY AND IS RESPONSIBLE FOR ALL DIMENSIONS (INCLUDING ROUGH OPENINGS).

THIS TINY HOUSE IS MEANT TO BE BUILT ON A 28'L X 8'6"H TRIPLE-AXLE STEEL BUMPER PULL TINY HOUSE TRAILER.

| Label | Title |
|---|---|
| P-0 | General Notes |
| P-1 | Project Overview |
| P-2 | Overview |
| P-3 | Overview Rendering |
| P-4 | Ground Level Floor Plan |
| P-5 | Ground Level 3D |
| P-6 | Loft Floor Plan |
| P-7 | Loft 3D |
| P-8 | Exterior Elevation Front |
| P-9 | Exterior Elevation Back |
| P-10 | Exterior Elevation Left |
| P-11 | Exterior Elevation Right |
| P-12 | Interior Elevation |
| P-13 | Interior Rendering - 1 |
| P-14 | Interior Rendering - 2 |
| P-15 | Interior Rendering - 3 |
| P-16 | Schedules - 1 |
| P-17 | Schedules - 2 |
| P-18 | Ground Floor Framing |
| P-19 | Lofts Floor & Roof Framing |
| P-20 | Ground Wall Framing |
| P-21 | Lofts Wall Framing |
| P-22 | Framing 3D - 1 |
| P-23 | Framing 3D - 2 |
| P-24 | Electrical Plan |
| P-25 | Material Table |

DATE:
SEP 2021

SHEET:
P-1



Overview East

Overview North

Overview West

SHEET: P-2 | DATE: 5 SEP 2021 | OVERVIEW | 28' x 8'6" Tiny House On Wheels | TINY COCOONS ©






| | | OVERVIEW RENDERING | 28' x 8'6" Tiny House On Wheels | | TINY COCOONS © |
|---|---|---|---|---|---|
| P.3 SHEET: | SEP 2021 DATE: | | | REVISION TABLE | |



GROUND LEVEL
238 SQ FT



1st Floor

1st Floor

1st Floor

TINY COCOONS ©

28' x 8'6"
Tiny House On Wheels

GROUND LEVEL 32

DATE:
SEP 2021

SHEET:
P-5



LOFTS
238 SQ FT

Floor Plan



| | | | REVISION TABLE | | |
|---|---|---|---|---|---|
| P-7 | SHEET: | | | MODIFICATION | PROVIDED BY / CHANGE FROM |
| SEP 2021 | DATE: | LOFTS 3D | 28' x 8'6" Tiny House On Wheels | | TINY COCOONS © |

LOFT A

LOFT B



Exterior Elevation Front

Highest Ridge
11.2'

Top of Subfloor - 2nd Floor
7.0'

Header
6.9'

Top of Subfloor - 1st Floor
0.0'

Grade Level
0.0'

28'-1 3/8"    9/16"

TINY COCOONS

28' x 8'6"
Tiny House On Wheels

EXTERIOR ELEVATION FRONT

DATE:
SEP 2021

SHEET:
P-8



TINY COCOONS ©



Exterior Elevation Left

8'-7 7/8"
2'-0 7/16"    4'-7"    2'-0 7/16"

Highest Ridge
11.2'

50 1/4"

Top of Subfloor - 2nd Floor
7.0'

84"

Top of Subfloor - 1st Floor
0.0'
Grade Level
0.0'

2'-3 15/16"    4'    2'-3 15/16"
8'-7 7/8"

TINY COCOONS ©

28' x 8'6"
Tiny House On Wheels

EXTERIOR ELEVATION LEFT

DATE:
SEP 2021

SHEET:
P-10



Highest Ridge
11.2'

Top of Subfloor - 2nd Floor
7.0'

Top of Subfloor - 1st Floor
0.0'

Grade Level
-0.0'

Exterior Elevation Right



TINY COCOONS ©

INTERIOR ELEVATION

28' × 8'6"
Tiny House On Wheels






| P-13 | DATE: | SEP 2021 | INTERIOR RENDERING - 1 | 28' x 8'6"<br>Tiny House On Wheels | REVISION TABLE | | | TINY COCOONS © |
|------|-------|----------|------------------------|-----|---------|---|---|---|
| SHEET: | | | | | NUMBER DATE | REVISED BY | DESCRIPTION | |






INTERIOR RENDERING - 2

28' x 8'6"
Tiny House On Wheels

REVISION TABLE

TINY COCOONS ©






| | | INTERIOR RENDERING - 3 | 28' x 8'6"<br>Tiny House On Wheels | REVISION TABLE | | TINY COCOONS © |
|---|---|---|---|---|---|---|



**GROUND LEVEL**
238 SQ FT

**DOOR SCHEDULE**

| NUMBER | LABEL | QTY | FLOOR | SIZE | WIDTH | HEIGHT | R/O | DESCRIPTION | HEADER | THICKNESS |
|--------|-------|-----|-------|------|-------|--------|-----|-------------|--------|-----------|
| D01 | 2668 | 1 | 1 | 2668 | 30" | 75 1/4" | 62"X77 3/4" | POCKET-PANEL | 2x6X67" (2) | 1 3/8" |
| D02 | 2668 | 1 | 1 | 2668 L | 30" | 75 1/4" | 62"X77 3/4" | POCKET-PANEL | 2x6X65" (2) | 1 3/8" |
| D03 | 5068 | 1 | 1 | 5068 L/R EX | 60" | 80" | 62"X85" | EXT. DOUBLE HINGED-GLASS PANEL | 2x6X87" (2) | 1 3/4" |

**WINDOW SCHEDULE**

| NUMBER | LABEL | QTY | FLOOR | SIZE | WIDTH | HEIGHT | R/O | EGRESS | DESCRIPTION | HEADER |
|--------|-------|-----|-------|------|-------|--------|-----|--------|-------------|--------|
| W01 | 2016RS | 1 | 1 | 2016RS | 24" | 18" | 25"X19" | | RIGHT SLIDING | 2x6X28" (2) |
| W02 | 2030DH | 1 | 1 | 2030DH | 24" | 36" | 25"X37" | | DOUBLE HUNG | 2x6X28" (2) |
| W03 | 3040SC | 1 | 1 | 3040SC | 36" | 48" | 37"X44" | | SINGLE CASEMENT-HR | 2x6X37" (2) |
| W04 | 4020FX | 1 | 1 | 4020FX | 48" | 24" | 49"X25" | | FIXED GLASS | 2x6X52" (2) |
| W05 | 4020LS | 1 | 2 | 4020LS | 48" | 24" | 44"X25" | | LEFT SLIDING | 2x6X44" (2) |
| W06 | 4020RS | 1 | 1 | 4020RS | 48" | 24" | 44"X25" | | RIGHT SLIDING | 2x6X52" (2) |
| W07 | 4020RS | 1 | 2 | 4020RS | 48" | 24" | 49"X25" | | RIGHT SLIDING | 2x6X52" (2) |
| W08 | 4040FX | 1 | 1 | 4040FX | 48" | 48" | 44"X44" | | FIXED GLASS | 2x6X52" (2) |
| W09 | 5020SC | 1 | 1 | 5020SC | 60" | 24" | 61"X25" | | SINGLE CASEMENT-HR | 2x6X64" (2) |

**CABINET SCHEDULE**

| NUMBER | LABEL | QTY | FLOOR | WIDTH | DEPTH | HEIGHT | DESCRIPTION |
|--------|-------|-----|-------|-------|-------|--------|-------------|
| C01 | B15R | 1 | 1 | 15" | 24" | 36" | BASE CABINET |
| C02 | B241642 | 1 | 1 | 24" | 15 9/16" | 41 15/16" | BASE CABINET |
| C03 | B30 | 1 | 1 | 30" | 24" | 36" | BASE CABINET |
| C04 | RB24R | 1 | 1 | 24" | 24" | 36" | BASE CABINET |
| C05 | SB33 | 1 | 1 | 33" | 24" | 36" | BASE CABINET |
| C06 | W20306L | 1 | 1 | 20" | 6" | 30" | WALL CABINET |

Working Plan Schedules

TINY COCOONS ©

28' x 8'6"
Tiny House On Wheels

SCHEDULES_1

DATE:
SEP 2021

SHEET:
P-16



Working Plan Schedules

WINDOW SCHEDULE

| NUMBER LABEL | QTY | FLOOR | SIZE | WIDTH | HEIGHT | NO. | DESCRIPTION | HEADER | CODE | MANUFACTURER | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KW01 | 1 | | 2014RS | 20" | 14" | 25.5" | RIGHT SLIDING | 20x32" (2) | | | |
| KW02 | 1 | | 2036DH | 20" | 36" | 25.5" | DOUBLE HUNG | 20x26" (2) | | | |
| KW03 | 1 | | 3036SC | 36" | 48" | 3T X4F | SINGL CASEMENT-HR | 20x33" (2) | | | |
| KW04 | 2 | | 4020FX | 40" | 24" | 4FX2F | FIXED GLASS | 20x26" (2) | | | |
| KW05 | 2 | | 4020.5 | 40" | 24" | 4FX2F | LEFT SLIDING | 20x26" (2) | | | |
| KW06 | 1 | | 4020RS | 40" | 24" | 4FX2F | RIGHT SLIDING | 20x35Z (2) | | | |
| KW07 | 1 | | 4020RS | 40" | 24" | 4FX2F | RIGHT SLIDING | 20x35Z (2) | | | |
| KW08 | 1 | | 4040FX | 40" | 48" | 4FX4F | FIXED GLASS | 20x26" (2) | | | |
| KW09 | 60" | | 5020SC | 60" | 24" | 6T X2F | SINGLE CASEMENT-HR | 20x26x2" (2) | | | |

LOFTS
238 SQ FT



Framing, Floor Plan View



Framing, Floor Plan View

Framing, Floor Plan View



Framing, Ceiling Plan View

8'-7 7/8"

1'-2 1/2"

1'-2 1/2"

7'-10"

7'-5 7/8"

28'-1 3/8"

6'-5 1/4"

6'-5 5/16"

12'-9 1/2"

4'

2x4 x 16 x 52" Header (2)

2'-2 5/16"

2'-4 1/4"

2x4 x 52" Header (2)

2'-3 15/16"

4'

2'-3 15/16"

Framing, Ceiling Plan View

P-21

SHEET:

SEP 2021

DATE:

LOFTS WALL FRAMING

28' x 8'6"
Tiny House On Wheels

REVISION TABLE

TINY COCOONS ©



| | | | | |
|---|---|---|---|---|
| P-22 | SHEET: | DATE: SEP 2021 | FRAMING 3D - 1 | 28' x 8'6"<br>Tiny House On Wheels |

TINY COCOONS ©





### ELECTRICAL - DATA - AUDIO LEGEND

| SYMBOL | DESCRIPTION |
|---|---|
| | Ceiling Fan |
| | Ventilation Fans: Ceiling Mounted, Wall Mounted |
| | Ceiling Mounted Light Fixtures: Surface/Pendant, Recessed, Heat Lamp, Low Voltage |
| | Wall Mounted Light Fixtures: Flush Mounted, Wall Sconce |
| | Chandelier Light Fixture |
| | Fluorescent Light Fixture |
| | 240V Receptacle |
| | 110V Receptacles: Duplex, Weather Proof, GFCI |
| | Switches: Single Pole, Weather Proof, 3-Way, 4-Way |
| | Switches: Dimmer, Timer |
| | Audio Video: Control Panel, Switch |
| | Speakers: Ceiling Mounted, Wall Mounted |
| | Wall Jacks: CAT5, CAT5 + TV, TV/Cable |
| | Telephone Jack |
| | Intercom |
| | Thermostat |
| | Door Chime, Door Bell Button |
| | Smoke Detectors: Ceiling Mounted, Wall Mounted |
| | Electrical Breaker Panel |

BEDROOM    LIVING ROOM    KITCHEN

Electrical Plan View

LOFT A    LOFT B

Electrical Plan View

TINY COCOONS ©

28' x 8'6"
Tiny House On Wheels

ELECTRICAL PLAN

DATE:
SEP 2021

SHEET:
P-24



TINY COCOONS ®

# Invoice

**Yinan Liu**

Invoice No.
2022.0601.T1A_A

| Description | Amount |
| --- | --- |
| **Design Consultation Services and Project Management for 20' Tiny House on Wheels:** | |
| Initial Consultation (2 hours) | $450 |
| Follow-up Consultation (2 hours) | $450 |
| Site Visits | $850 |
| Preliminary Design Sketches | $1,200 |
| Concept Development | $1,850 |
| Final Design Development | $2,000 |
| Material and Finish Selection Consultation | $1,250 |
| Detailed Drawings, Interior Renderings, Exterior Renderings | $3,200 |
| Project Management (includes coordination with the builders) | $2,500 |
| Revisions and Adjustments | $1,500 |
| Final Design Presentation Package | $1,100 |
| Fund to Purchase Refrigerator, Washer/Dryer Combo, and Interior Fixtures (hardware, hangers, etc.) | $5,995.32 |

**Date :**
01st June 2022

**Recipient :**
Tiny Cocoons Inc

**Consultant Mailing Address :**
2237 Delaware Dr, West Lafayette, IN, 47906
United States

| | |
| --- | --- |
| SUB-TOTAL | $22,345.32 |
| TAX (0%) | $0 |
| TOTAL | $22,345.32 |
| AMOUNT DUE (100%) | $22,345.32 |

**Thank you for the business**

**Yinan Liu**

**Make check or transfer payable to :**
Yinan Liu
Account No.: 529391200
Routing No.: 074000010
(direct deposit & ACH)
Routing No.: 021000021
(wire transfer)



1. ALL WORK PERFORMED SHALL COMPLY WITH THE CONTRACT DOCUMENTS AND DRAWINGS, INCLUDING THESE GENERAL NOTES. THE CONTRACTOR SHALL COORDINATE THE INTENT OF THE GENERAL NOTES WITH ALL TRADES. ALL WORK PERFORMED SHALL COMPLY WITH CODES, LAWS, ORDINANCES, RULES, AND REGULATIONS OF PUBLIC AUTHORITIES GOVERNING THE WORK.

2. THE ORGANIZATION OF THE DRAWINGS SHALL NOT CONTROL THE CONTRACTOR IN DIVIDING THE WORK AMONG SUBCONTRACTORS OR IN ESTABLISHING THE EXTENT OF WORK TO BE PERFORMED BY ANY TRADE.

3. ALL MATERIALS AND WORKMANSHIP SHALL CONFORM TO THE DRAWINGS. IF CONFLICT IS FOUND BETWEEN DRAWINGS & GENERAL NOTES, CONSULT THE ARCHITECT FOR CLARIFICATION BEFORE PROCEEDING WITH THE WORK.

4. IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR TO CHECK WITH THE ARCHITECTURAL DRAWINGS BEFORE THE INSTALLATION OF ALL OTHER WORK. ANY WORK INSTALLED IN CONFLICT WITH THE ARCHITECTURAL DRAWINGS SHALL BE CORRECTED BY THE CONTRACTOR AT NO ADDITIONAL COST.

5. NO DEVIATION FROM CONTRACT DRAWINGS SHALL BE MADE WITHOUT WRITTEN APPROVAL OF THE ARCHITECT.

6. SUBMIT REQUESTS FOR SUBSTITUTIONS, REVISIONS, OR CHANGES TO ARCHITECT FOR REVIEW PRIOR TO PURCHASE, FABRICATION OR INSTALLATION. REFER TO SPECIFICATIONS.

7. COORDINATE WORK WITH THE OWNER, INCLUDING SCHEDULING TIME AND LOCATIONS FOR DELIVERIES, BUILDING ACCESS, USE OF BUILDING SERVICES AND FACILITIES, AND USE OF ELEVATORS. MINIMIZE DISTURBANCE OF BUILDING FUNCTIONS AND OCCUPANTS.

8. OWNER WILL PROVIDE WORK NOTED "BY OTHERS" OR "NIC" UNDER SEPARATE CONTRACT. INCLUDE SCHEDULE REQUIREMENTS IN CONSTRUCTION PROGRESS SCHEDULE AND COORDINATE TO ASSURE ORDERLY SEQUENCE OF INSTALLATION.

9. DO NOT SCALE DRAWINGS. DIMENSIONS SHALL TAKE PRECEDENCE OVER SCALES SHOWN ON DRAWINGS. GENERAL CONTRACTOR SHALL VERIFY ALL DIMENSIONS, GRADES AND CONDITIONS AT SITE PRIOR TO COMMENCING THE WORK, AND REPORT ANY DISCREPANCIES TO THE ARCHITECT IN WRITING.

10. REVIEW DOCUMENTS, VERIFY DIMENSIONS AND FIELD CONDITIONS AND CONFIRM THAT WORK IS BUILDABLE AS SHOWN. REPORT ANY CONFLICTS OR OMISSIONS TO THE ARCHITECT FOR CLARIFICATION PRIOR TO PERFORMING ANY WORK IN QUESTION.

11. ALL SYMBOLS AND ABBREVIATIONS USED ON THE DRAWINGS ARE CONSIDERED TO BE CONSTRUCTION STANDARDS. IF THE CONTRACTOR HAS QUESTIONS REGARDING SAME, OR THEIR EXACT MEANING, THE ARCHITECT SHALL BE NOTIFIED FOR CLARIFICATION.

12. WHERE A TYPICAL CONDITION IS DETAILED, IT SHALL BE UNDERSTOOD THAT ALL LIKE OR SIMILAR CONDITIONS ARE THE SAME UNLESS SPECIFICALLY NOTED OR DETAILED OTHERWISE.

13. ALL DIMENSIONS ARE TO FACE OF CONCRETE, FACE OF CONCRETE BLOCK WALLS, AND FACE OF SCHEDULED PARTITION UNLESS OTHERWISE NOTED. MAINTAIN DIMENSIONS MARKED "CLEAR." ALLOW FOR THICKNESS OF FINISHES.

14. CEILING HEIGHT DIMENSIONS ARE TO FINISHED CEILING SURFACES.

15. CONTRACTOR SHALL PROVIDE CONSTRUCTION BARRICADES OR FENCING AS REQUIRED AND AS APPROVED BY THE CITY FOR PUBLIC SAFETY PRIOR TO COMMENCING THE WORK.

16. FIRE PROTECTION EQUIPMENT AND SERVICE ACCESS MUST BE PROVIDED BY THE CONTRACTOR DURING THE CONSTRUCTION PERIOD AS REQUIRED BY THE FIRE DEPARTMENT, AND SHALL COMPLY WITH ALL APPLICABLE PROVISIONS OF CFC CHAPTER 33.

17. CONTRACTOR SHALL PROVIDE TEMPORARY EXIT SIGNS TO ASSURE A MEANS OF EGRESS DURING CONSTRUCTION.

18. CONTRACTOR SHALL AS NECESSARY PROVIDE SHORING DESIGNED AND DETAILED BY AN ENGINEER REGISTERED IN THE LOCAL PUBLIC AUTHORITIES.

20. CONTRACTOR TO OBTAIN AND PAY FOR PERMITS AND INSPECTIONS REQUIRED BY PUBLIC AUTHORITIES GOVERNING THE WORK.

21. CONTRACTOR SHALL OBTAIN NECESSARY PERMITS FROM LOCAL PUBLIC AUTHORITIES TO CONSTRUCT AND SETTLE THIS TINY HOME ON WHEELS.

22. WIRING WITHIN CONCEALED SPACES SHALL COMPLY TO LACBC.

23. TEMPORARY PEDESTRIAN PROTECTION SHALL BE PROVIDED AS REQUIRED BY SECTION 3306.

24. PROVIDE CONCEALED BLOCKING AS REQUIRED FOR WORK SUCH AS BUT NOT LIMITED TO OWNER'S OTHER CONTRACTORS. COORDINATE WITH OTHER CONTRACTORS FOR SIZE, TYPE, AND LOCATION OF REQUIRED BLOCKING.

25. STORAGE, DISPENSING OR USE OF ANY FLAMMABLE OR COMBUSTIBLE LIQUIDS, FLAMMABLE GAS AND HAZARDOUS SUBSTANCES SHALL COMPLY WITH LOCAL FIRE CODE REGULATIONS.

26. CONTRACTOR TO COORDINATE TELECOMMUNICATIONS, DATA AND SECURITY SYSTEM INSTALLATIONS.

27. CONTRACTOR TO MAINTAIN EXITS, EXIT LIGHTING, FIRE PROTECTIVE DEVICES, AND ALARMS IN CONFORMANCE WITH CODES AND ORDINANCES.

28. CONTRACTOR TO PROTECT AREA OF WORK AND ADJACENT AREAS FROM DAMAGE. CONTRACTOR TO COORDINATE TRASH ACCESS.

29. CONTRACTOR TO MAINTAIN WORK AREAS SECURE AND LOCKABLE DURING CONSTRUCTION. COORDINATE WITH COUNTY TO PROVIDE SECURITY.

30. FIRE PROTECTION EQUIPMENT AND SERVICE ACCESS MUST BE PROVIDED DURING THE CONSTRUCTION PERIOD AS REQUIRED BY THE COUNTY.

33. WOOD BLOCKING SHALL BE FIRE TREATED IN ACCORDANCE WITH APPLICABLE CODE REQUIREMENTS.

31. CONTRACTOR SHALL COORDINATE ALL WORK WITH THE CURRENT BUILDING/ LANDLORD'S TENANT DESIGN AND CONSTRUCTION MANUAL.

TINY COCOONS ®

24' x 8'6"
Tiny House On Wheels

GENERAL NOTES

DATE:
SEP 2021

SHEET:

P-1









TINY COCOONS©

24' x 8'6"
Tiny House On Wheels

GENERAL NOTES:

THIS PLAN SET, COMBINED WITH THE BUILDING CONTRACT, PROVIDES BUILDING DETAILS FOR THE TINY HOUSE ON WHEELS PROJECT. THE CONTRACTOR SHALL VERIFY THAT SITE CONDITIONS ARE CONSISTENT WITH THESE PLANS BEFORE STARTING WORK. WORK NOT SPECIFICALLY DETAILED SHALL BE CONSTRUCTED TO THE SAME QUALITY AS SIMILAR WORK THAT IS DETAILED. ALL WORK SHALL BE DONE IN ACCORDANCE WITH INTERNATIONAL BUILDING CODES AND LOCAL CODES. CONTRACTOR SHALL BE RESPONSIBLE AND BEAR ANY FINES OR PENALTIES FOR CODE, ORDINANCE, REGULATION OR BUILDING PROCESS VIOLATIONS. INSURANCES SHALL BE IN FORCE THROUGHOUT THE DURATION OF THE BUILDING PROJECT.

CONTRACTOR SHALL VERIFY AND IS RESPONSIBLE FOR ALL DIMENSIONS (INCLUDING ROUGH OPENINGS).

THIS TINY HOUSE IS MEANT TO BE BUILT ON A 28'L X 83"H TRIPLE AXLE STEEL BUMPER PULL TINY HOUSE TRAILER.

PROJECT OVERVIEW

DATE:
SEP 2021

SHEET:
P-2



Wood Stud

Board and Batten Charcoal Grey Steel Siding

Wall Base in White

OSB Board

Cedar Siding

Oak Veneer Facing

HouseWrap

Oak Laminate Flooring

Marble Mosaic Tile

Spray Foam Insulation

White Wall Panel

Black Mosaic Tile

24' × 8'6" Tiny House On Wheels

MATERIAL TABLE

DATE: SEP 2021

SHEET: P-3



OVERVIEW

24' x 8'6"
Tiny House On Wheels

TINY COCOONS ©






| P-5 | SHEET: | SEP 2021 | DATE: | OVERVIEW RENDERING | 24' x 8'6"<br>Tiny House On Wheels | REVISION TABLE<br>NUMBER DATE REVISION STATUS DESCRIPTION | TINY COCOONS © |



**GROUND LEVEL**

214 SQ FT

1st Floor

TINY COCOONS

24' x 8'6"
Tiny House On Wheels

GROUND LEVEL FLOOR PLAN

DATE:
SEP 2021
SHEET:
P-6



| | | | GROUND LEVEL 3D | 24' x 8'6" Tiny House On Wheels | REVISION TABLE | | TINY COCOONS © |
|---|---|---|---|---|---|---|---|
| F-7 | SHEET: | SEP 2021 DATE: | | | NUMBER DATE | REVISED BY DESCRIPTION | |



LOFT
107 SQ FT

2nd Floor

TINY COCOONS ©

24' x 8'6"
Tiny House On Wheels

LOFT FLOOR PLAN

DATE:
SEP 2021

SHEET:
P-8





Top of Subfloor - 1st Floor
0.0'
Grade Level
0.0'

Top of Subfloor - 2nd Floor
6.7'
Header
6.9'

Highest Ridge
11.2'
Header
10.0'

80"    3"    37 1/2"    13 3/4"

Exterior Elevation Front

5 5/8"    6'-8"

| F-10 | SHEET: | DATE: SEP 2021 | EXTERIOR ELEVATION FRONT | 24' x 8'6" Tiny House On Wheels | REVISION TABLE | TINY COCOONS © |



Exterior Elevation Back

24' x 8'6"
Tiny House On Wheels

EXTERIOR ELEVATION BACK

DATE:
SEP 2021

SHEET:
P-11



Exterior Elevation Left

Top of Subfloor - 1st Floor  0.0
Grade Level  0.0
Top of Subfloor - 2nd Floor  6'-7"
Highest Ridge  11'-2"
Header  10'-0"

80"    40 1/2"    13 3/4"

2'-0 7/16"
8'-7 7/8"
4'-7"
2'-0"

EXTERIOR ELEVATION LEFT

24' x 8'6"
Tiny House On Wheels

P-12
SHEET:
DATE:
SEP 2021

REVISION TABLE
NUMBER | DATE | REVISED BY | DESCRIPTION

TINY COCOONS ©



Highest Ridge
11.2'

Top of Subfloor - 2nd Floor
6.7'

Header
5.8'

Top of Subfloor - 1st Floor
0.0'

Grade Level
0.0'

Exterior Elevation Right

TINY COCOONS ©

24' x 8'6"
Tiny House On Wheels

EXTERIOR ELEVATION RIGHT

DATE:
SEP 2021

SHEET:
P-13



Elevation 6

Elevation 7

Elevation 8

Elevation 9

Elevation 10

DATE: SEP 2021

SHEET: P-14

24' x 8'6"
Tiny House On Wheels

INTERIOR ELEVATION






| P-15 | SHEET: | SEP 2021 | DATE: | INTERIOR RENDERING - 1 | 24' x 8'6"<br>Tiny House On Wheels | REVISION TABLE<br>NUMBER DATE / REVISED BY / DESCRIPTION | TINY COCOONS © |






| | | | | REVISION TABLE | |
|---|---|---|---|---|---|
| P-16 | | | INTERIOR RENDERING - 2 | NUMBER DATE REVISED BY DESCRIPTION | |
| SHEET: | DATE | SEP 2021 | | | TINY COCOONS © |
| | | | 24' x 8'6" Tiny House On Wheels | | |






| | | | |
|---|---|---|---|
| P-17 | SHEET: | DATE: SEP 2021 | INTERIOR RENDERING - 3 |

24' x 8'6"
Tiny House On Wheels

REVISION TABLE
NUMBER DATE    REVISED BY DESCRIPTION

TINY COCOONS ©






| P-18 | SHEET: | SEP 2021 | DATE: | INTERIOR RENDERING - 3 | 24' x 8'6"<br>Tiny House On Wheels | REVISION TABLE |  |  |  | TINY COCOONS © |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | NUMBER | DATE | REVISED BY | DESCRIPTION |  |



GROUND LEVEL

214 SQ FT

**WINDOWS SCHEDULE**

| NUMBER | LABEL | QTY | FLOOR | SIZE | WIDTH | HEIGHT | NO | EGRESS | DESCRIPTION | HEADER |
|--------|-------|-----|-------|------|-------|--------|-----|--------|-------------|--------|
| XX1 | 2856DH | | | 2856DH | 28" | 56" | | 2931 | DOUBLE HUNG | 2x6x26" (2) |
| XX2 | 2856DH | | | 2856DH | 28" | 56" | | 2931 | DOUBLE HUNG | 2x6x26" (2) |
| XX3 | 5050SC | | | 5050SC | 40 3/4" | 40 3/4" | 1 | 2x29x41 3/4 | SINGLE CASEMENT-RH | 2x6x44 3/4" (2) |
| XX4 | 5050SC | | | 5050SC | 40 3/4" | 40 3/4" | | 2x29x41 3/4 | SINGLE CASEMENT-RH | 2x6x44 3/4" (2) |
| XX5 | 4050FX | 2 | | 4050FX | 48" | 48" | | 48x48 | FIXED GLASS | |
| XX6 | 4050FX | 2 | | 4050FX | 48" | 48" | | 48x48 | FIXED GLASS | |
| XX7 | 4050BS | 1 | | 4050BS | 48" | 48" | | 48x48 | LEFT SLIDING | |
| XX8 | 4050BS | 1 | | 4050BS | 48" | 48" | | 48x48 | RIGHT SLIDING | |
| XX9 | 5050SC | 2 | | 5050SC | 24" | 24" | | 87x25 | SINGLE CASEMENT-RH | 2x6x26" (2) |

**DOOR SCHEDULE**

| NUMBER | LABEL | QTY | FLOOR | SIZE | WIDTH | HEIGHT | NO | DESCRIPTION | HEADER | THICKNESS |
|--------|-------|-----|-------|------|-------|--------|-----|-------------|--------|-----------|
| D01 | 2968 | 1 | | 2968 | 74 | 80" | | WOODEN SLAB | 2x6x36" (2) | 13/8" |
| D02 | 5080 | 1 | | 5080 | URLEX | 60" | | EXT DOUBLE HINGED-GLASS PANEL | 2x6x62" (2) | 13/4" |

**CABINET SCHEDULE**

| NUMBER | LABEL | QTY | FLOOR | WIDTH | DEPTH | HEIGHT | DESCRIPTION |
|--------|-------|-----|-------|-------|-------|--------|-------------|
| C01 | B15R | | | 15" | 24" | 36" | BASE CABINET |
| C02 | B24 | | | 24" | 24" | 36" | BASE CABINET |
| C03 | B24 | | | 24" | 24" | 41 15/16" | BASE CABINET |
| C04 | 5936 | | | 59" | 24" | 36" | BASE CABINET |
| C05 | B24 | | | 24" | 24" | 36" | BASE CABINET |
| C06 | 1020508 | | | 105" | | 30" | FULL CABINET |

1st Floor

P-19 | SHEET:
DATE: SEP 2021
SCHEDULES - 1
24' x 8'6"
Tiny House On Wheels

REVISION TABLE
NUMBER | DATE | REVISED BY | DESCRIPTION

TINY COCOONS ©



| WINDOW SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NUMBER | LABEL | QTY | FLOOR | SIZE | WIDTH | HEIGHT | R/O | EGRESS | DESCRIPTION | HEADER |
| W01 | 2030DH | 1 | 1 | 2030DH | 24" | 36" | 25"X37" | | DOUBLE HUNG | 2X6X28" (2) |
| W02 | 2929SC | 1 | 1 | 2929SC | 32" | 32" | 33"X33" | | SINGLE CASEMENT-HR | 2X6X36" (2) |
| W03 | 3939SC | 1 | 1 | 3939SC | 40 3/4 | 40 3/4 " | 41 3/4"X41 3/4" | | SINGLE CASEMENT-HR | 2X6X44 3/4" (2) |
| W04 | 4020FX | 1 | 2 | 4020FX | 48" | 24" | 44"X25" | | FIXED GLASS | 2X6X52" (2) |
| W05 | 4020L S | 1 | 2 | 4020L S | 48" | 24" | 44"X25" | | LEFT SLIDING | 2X6X52" (2) |
| W06 | 4020RS | 1 | 2 | 4020RS | 48" | 24" | 44"X25" | | RIGHT SLIDING | 2X6X52" (2) |
| W07 | 5020SC | 1 | 1 | 5020SC | 60" | 24" | 61"X25" | | SINGLE CASEMENT-HR | 2X6X64" (2) |

2nd Floor

TINY COCOONS

24' x 8'6"
Tiny House On Wheels

SCHEDULES - 2

DATE:
SEP 2021

SHEET:
P-20



## ELECTRICAL - DATA - AUDIO LEGEND

| SYMBOL | DESCRIPTION |
|---|---|
| | Ceiling Fan |
| | Ventilation Fans: Ceiling Mounted, Wall Mounted |
| | Ceiling Mounted Light Fixtures: Surface/Pendant, Recessed, Heat Lamp, Low Voltage |
| | Wall Mounted Light Fixtures: Flush Mounted, Wall Sconce |
| | Chandelier Light Fixture |
| | Fluorescent Light Fixture |
| | 240V Receptacle |
| | 110V Receptacles: Duplex, Weather Proof, GFCI |
| | Switches: Single Pole, Weather Proof, 3-Way, 4-Way |
| | Switches: Dimmer, Timer |
| | Audio Video: Control Panel, Switch |
| | Speakers: Ceiling Mounted, Wall Mounted |
| | Wall Jacks: CAT5, CAT5 + TV, TV/Cable |
| | Telephone Jack |
| | Intercom |
| | Thermostat |
| | Door Chime, Door Bell Button |
| | Smoke Detectors: Ceiling Mounted, Wall Mounted |
| | Electrical Breaker Panel |

Electrical Plan View

LOFT

Electrical Plan View

TINY COCOONS

24' x 8'6"
Tiny House On Wheels

ELECTRICAL PLAN

DATE:
SEP 2021

SHEET:
P-21



Framing, Floor Plan View



Roof Plan View

Framing, Roof Plan View

| P-23 | SHEET: | DATE: SEP 2021 | ROOF FRAMING | 24' x 8'6" Tiny House On Wheels | REVISION TABLE NUMBER DATE REVISED BY DESCRIPTION | TINY COCOONS © |



| P-24 | SHEET: | SEP 2021 | DATE | FRAMMING 3D | 24' x 8'6"<br>Tiny House On Wheels | REVISION TABLE<br>NUMBER | DATE | REVISED BY | DESCRIPTION | TINY COCOONS © |



TINY COCOONS (repeated watermarks)

| P-25 | SHEET: | DATE: SEP 2021 | ROOF FRAMING 3D | 24' x 8'6" Tiny House On Wheels | REVISION TABLE NUMBER DATE REVISED BY DESCRIPTION | TINY COCOONS © |



| P-26 | SHEET: | DATE: | SEP 2021 | FLOOR FRAMING 3D | 24' x 8'6" Tiny House On Wheels | REVISION TABLE NUMBER DATE REVISED BY DESCRIPTION | TINY COCOONS © |



TINY COCOONS

| SHEET: | DATE: | WALL FRAMING 3D | 24' x 8'6" | REVISION TABLE | | | | TINY COCOONS © |
|---|---|---|---|---|---|---|---|---|
| P-27 | SEP 2021 | | Tiny House On Wheels | NUMBER | DATE | REVISED BY | DESCRIPTION | |

**Appendix - J**



**Baer Enterprises Inc.**
**"True Tiny Homes**
**PO Box 555**
**210 E. Third St.**
**Brookston, IN 47923**

**(765)563-8313**



# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/10/21 | 948 |

| Bill To | |
|---------|--|
| Tiny Cocoons | |
| Deleware St | |
| West Lafayette, IN | |
| 47906 | |

| Project Name |
|--------------|
| 28' Custom THOW - Freeman Style |

| P.O. Number | Due Date | Terms | Ship Date | Packing Slip |
|-------------|----------|-------|-----------|--------------|
| | 09/10/21 | | 09/10/21 | |

| Description | Quantity | Cost | Total |
|-------------|----------|------|-------|
| 1. Custom Build 28' Tiny House On Wheels | 0.3 | 71,400.00 | 21,420.00T |
| - This quote is for a newly built unit and custom non-stock trailer. | | | |
| - This unit will be 2/4 framed with 2/6 floor joist structure bolted to the special TTH base trailer unit. | | | |
| - This home will measure 8'6" x 28' with a maximum height of 13'6". Most homes end up right at 13' tall from the street level for added transport safety. The home is 32' long with the tongue included. | | | |
| - This home will be completed upon acceptance of all parties of an approved design with a 16 week build time frame starting at the accepted build slot date. Any changes to the design could effect price and timing. | | | |
| - Heating and air will be Mr Cool mini-split. | | | |
| - Electrical will be 50 Amp with an RV-style connector unless otherwise specified. | | | |
| - Water heat will be tankless elctric. | | | |
| - Incoming fresh water and outgoing waste water will be stubbed off outside of the home with standard shut off valves. | | | |
| - This pricing does not include appliances. | | | |
| Notes: | | | |
| 1. This project is being quoted as a standard custom build project. We expect minor adjustments to the plan. Any major adjustments will be discussed at the time of the request. | | | |
| 2. All basic lumber materials will be purchased within the first 2 weeks of this order. Any dramatic increases in material price or delivery will be discussed with the buyer at the time of material purchase. | | | |

| | |
|--|--|
| Subtotal | $21,420.00 |
| Sales Tax (7.0%) | $1,499.40 |
| **Total** | |

Urgent CNC & Squatch USA are "sister" companies to Baer Enterprises Inc.
**Page 1**



**Baer Enterprises Inc.**
**"True Tiny Homes**
**PO Box 555**
**210 E. Third St.**
**Brookston, IN 47923**

**(765)563-8313**



# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/10/21 | 948 |

**Bill To**

Tiny Cocoons
Deleware St
West Lafayette, IN
47906

**Project Name**

28' Custom THOW - Freeman Style

| P.O. Number | Due Date | Terms | Ship Date | Packing Slip |
|-------------|----------|-------|-----------|--------------|
| | 09/10/21 | | 09/10/21 | |

| Description | Quantity | Cost | Total |
|-------------|----------|------|-------|
| 3. 16 week delivery is based on regular work weeks without interuption, changes, missed approvals, and timing communication on critical build details. | | | |
| 4. This house will be built to NOAH general specifications, but will not be certified. Any changes to the specs will need to be approved by the builder. State regulations will be followed as long as they shared prior to installation. | | | |
| 5. Due to this house being a custom build project with a very tight timline, there will be no cancelation accepted once the home is started and no refunds. All moneys must be paid prior to start of the project phase. Delays will affect delivery timing. | | | |
| 6. Shipping of this home is not included. | | | |

| | | |
|---|---|---|
| **Subtotal** | | $21,420.00 |
| **Sales Tax (7.0%)** | | $1,499.40 |
| **Total** | | $22,919.40 |

**Urgent CNC & Squatch USA are "sister" companies to Baer Enterprises Inc.**
**Page 2**



**Baer Enterprises Inc.**
**True Tiny Homes**
**PO Box 555**
**210 E. Third St.**
**Brookston, IN 47923**

**(765)563-8313**



# Invoice

| Date | Invoice No. |
|------|-------------|
| 10/15/21 | 951 |

| Bill To | Project Name |
|---------|--------------|
| Tiny Cocoons<br>Deleware St<br>West Lafayette, IN<br>47906 | 28' Custom THOW - Freeman Style |

| P.O. Number | Due Date | Terms | Ship Date | Packing Slip |
|-------------|----------|-------|-----------|--------------|
| | 10/15/21 | | 10/15/21 | |

| Description | Quantity | Cost | Total |
|-------------|----------|------|-------|
| 1. Custom Build 28' Tiny House On Wheels<br> - This quote is for a newly built unit and custom non-stock trailer.<br> - This unit will be 2/4 framed with 2/6 floor joist structure bolted to the special TTH base trailer unit.<br> - This home will measure 8'6" x 28' with a maximum height of 13'6". Most homes end up right at 13' tall from the street level for added transport safety. The home is 32' long with the tongue included.<br> - This home will be completed upon acceptance of all parties of an approved design with a 16 week build time frame starting at the accepted build slot date. Any changes to the design could effect price and timing.<br> - Heating and air will be Mr Cool mini-split.<br> - Electrical will be 50 Amp with an RV-style connector unless otherwise specified.<br> - Water heat will be tankless elctric.<br> - Incoming fresh water and outgoing waste water will be stubbed off outside of the home with standard shut off valves.<br> - This pricing does not include appliances.<br>Notes:<br>1. This project is being quoted as a standard custom build project. We expect minor adjustments to the plan. Any major adjustments will be discussed at the time of the request.<br>2. All basic lumber materials will be purchased within the first 2 weeks of this order. Any dramatic increases in material price or delivery will be discussed with the buyer at the time of material purchase. | 0.3 | 71,400.00 | 21,420.00T |

| | Subtotal | $21,420.00 |
|---|----------|------------|
| | Sales Tax (7.0%) | $1,499.40 |
| | Total | |



**Baer Enterprises Inc.**
**"True Tiny Homes**
**PO Box 555**
**210 E. Third St.**
**Brookston, IN 47923**

**(765)563-8313**



# Invoice

| Date | Invoice No. |
|------|-------------|
| 10/15/21 | 951 |

| Bill To | | Project Name |
|---------|---|--------------|
| Tiny Cocoons | | 28' Custom THOW - Freeman Style |
| Deleware St | | |
| West Lafayette, IN | | |
| 47906 | | |

| P.O. Number | Due Date | Terms | Ship Date | Packing Slip |
|-------------|----------|-------|-----------|--------------|
| | 10/15/21 | | 10/15/21 | |

| Description | Quantity | Cost | Total |
|-------------|----------|------|-------|
| 3. 16 week delivery is based on regular work weeks without interuption, changes, missed approvals, and timing communication on critical build details. | | | |
| 4. This house will be built to NOAH general specifications, but will not be certified. Any changes to the specs will need to be approved by the builder. State regulations will be followed as long as they shared prior to installation. | | | |
| 5. Due to this house being a custom build project with a very tight timline, there will be no cancelation accepted once the home is started and no refunds. All moneys must be paid prior to start of the project phase. Delays will affect delivery timing. | | | |
| 6. Shipping of this home is not included. | | | |

| | Subtotal | $21,420.00 |
|---|----------|------------|
| | Sales Tax (7.0%) | $1,499.40 |
| | Total | $22,919.40 |

**Appendix - K**



THIS CERTIFICATE HEREBY CERTIFIES THAT

# Yinan Liu

HAS ATTAINED THE DESIGNATION OF

## LEED AP BUILDING DESIGN + CONSTRUCTION

BY DEMONSTRATING KNOWLEDGE OF GREEN BUILDING PRACTICE REQUIRED FOR
SUCCESSFUL IMPLEMENTATION OF THE LEADERSHIP IN ENERGY AND ENVIRONMENTAL DESIGN
(LEED®) GREEN BUILDING RATING SYSTEM™.

_____
Chairperson

_____
Peter Templeton, GBCI President

**November 8, 2011**
Date Issued

**10693578**
Identification Number

**November 7, 2013**
Exp. Date

**GBCI**

**Appendix - L**

## PROJECT EXPENDATURES

$34,000 – Initial base build. Lower level framing, sub floor structure, trailer, windows, insulated haul, decking, design plan – material and labor

$9,300 – Reconfigure door/windows placement, 2nd loft, bump out – material and labor

$11,000 – Upper level framing minus loft – material and labor

$2,500 – Steel roof and trim  - material and labor

$11,800 – Cedar siding – material and labor

$2,200 – Door, window adds, custom picture window – material and labor

$2,100 – Electrical panel change, wiring, fixtures – material and labor

$2,300 – Spray foam insulation – material and labor

$1,800 – Loft T & G, support – material and labor

$3,500 – Heating & Air – started, not complete

$5,500 – Cabinets – started, not complete

$2,300 – Flooring - not complete

$1,800 – Plumbing – not complete

$3,500 – Bathroom shower, sink. Stool, tile – started, not complete

## LABOR

Over the course of this build project, we used 2 primary builders in addition to myself, with added help from the Hispanic community. Labor was paid in cash for direct workers. Specialty service labor was used for items like heating and air. We also had various teenage workers from the local high school in the early phase of the build.

1) Nicandro Herrera  - Hispanic labor consultant. Nic was the primary on initial framing efforts. He used a few different Hispanic resources to assist him.
2) Ron Thomas – Project manager. Ron covered many aspects of the build, including finish framing, cedar siding install, window placement, door installation, insulation, and trim work. Rom worked alone or with me directly.

## MATERIALS

A majority of the materials were bought locally at Menards, Home Depot, and Lowes. We use multiple window suppliers, steel suppliers, etc. Specialty products, like cedar, were purchased direct from mills at the time of this build. The mills use brokers for the most part. Materials were often bought in bulk early on and product was used on multiple projects.

<u>EXPLANATION</u>

At the current time I am unable to obtain receipts with the closure of the business. The bank took possession of the property and all items that were locked inside. We have been unable to negotiate release of computers, documentation, equipment, tools, supplies, or personal items.

The best receipts we have for proof of build are the photos of the tiny house and customer communication that has previously been submitted. The customer reviewed the home on 2 separate visits and via multiple video chat conferences. We also spoke with their site developer on one occasion.

In regards to acquiring addition banking transcripts, I have contacted Bank Of Wolcott in Monticello, Indiana in efforts to obtain these records. With the close of all accounts leading up to and the closure of the business, it has been difficult to do. All online accounts have been locked and archived. I have spoken with a clerk who can research my accounts for a fee. This process is a work in progress.

<u>3-Mo. TIMING RESPONSE</u>

In reference to the 3-month guaranteed timing schedule, it was made very clear that 3 months was the BEST timing to finish the <u>existing</u> build with no changes. Many changes were made to the original design upon the customer's request.

1) Added 2nd loft added
2) Change door location from rear entry to side entry.
3) Window location from sides to accommodate the door changes.
4) Picture window added to the hitch end.
5) Bump-out reconfiguration to match loft changes.
6) Change siding from painted OSB flat lap siding to cedar T & G siding.
7) Electrical service upgrade from 100 amp to 200 amp.
8) Bathroom moved from front to rear.
9) Total electrical redesign from flipping the floor plan layout and added 2nd loft.

There was a delay on the big picture window and the cedar add was much more expensive with heightened material prices and availability. These changes were discussed verbally and approved by the customer. At one point the customer offered additional capital to pay for the extensive changes. I told the customer that we would hold until we were farther along before totaling those charges.

I would also like to mention the dramatic changes were made on the fly going into the winter months, in which we slowed the pace down due to weather restrictions. These restrictions were discussed with the customer.

## PREVIOUS CUSTOMER LAWSUITS

At the time of the Weiskopf build, there were other projects in process of completion, rescheduling, abandonment, and cancelation. There were 4 projects that were tied up in court due "non-cancelation" clauses in the contracts. In all cases both parties were understanding to the incredible increase in material pricing and extended lead times. In 3 of the cases, I agreed, without a lawyer, to repay the money spent with the company in full, also paying 8% interest and legal fees. The 4th case was litigated over an extended time and dropped.

Repayment of those projects was done through various means, mostly through the sale of personal equipment assets of my CNC business and the tiny home venture. The Weiskopf project was a resale of an existing build.

The funds from the Weiskopf build were used to build his home that was cancelled approximately 75% through completion. The best material evidence of this fact was the house, in which Mr. Weiskopf visited 2 times during the build and was pleased. This is documented in previous submissions.

Material for varying phases of the build are often bought in bulk and shared across multiple projects. The same is true of labor and other aspects of running a small business, especially during trying economic downturns.