UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OR INDIANA
HAMMOND DIVISION AT LAFAYETTE

**-FILED-**

OCT 15 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DANIEL WEISKOPF and
ELIZABETH WEISKOPF,
  Plaintiffs,

v.                                                                CAUSE NO.: 4:23-CV-71-JEM

TINY COCOONS, Inc., et al.,

  Defendants

## MOTION TO FILE DOCUMENTS INSTANTER

With the closure of the Lafayette District Court, the defendants, Tiny Cocoons, Inc et al., would like to file a motion for leave to file documents instanter as of today October 11, 2024.

Kind Regards,

Yinan Liu                                                         Christopher Baer