UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF INDIANA LAFAYETTE
DIVISION

Daniel Weiskopf, Elizabeth Weiskopf,

Plaintiffs,

v.

Tiny Cocoons, Inc., Yinan Liu, also known as Chloe, Chris Baer,

Defendants.

Case No. 4:23-CV-71

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

This response is made by the Defendants, Tiny Cocoons, Yinan ("Chloe") Liu, and Christopher Baer.

Defendants respectfully submit the following exhibits in response to Plaintiffs' request for production of documents:

- **Exhibit A:** Invoices from Yinan Liu to Tiny Cocoons for various design and consultation services provided as an independent consultant in connection with the plaintiffs' tiny house project.
- **Exhibit B:** Invoices from Baer Enterprises to Tiny Cocoons for construction services related to the plaintiffs' tiny house.
- **Exhibit C:** Bank statement.
- **Exhibit D:** Letter written by Mr. Chris Baer

Defendants have made every effort to provide all the documents requested by Plaintiffs to the best of their abilities at this stage of the discovery process. It is important to note that the discovery process is still ongoing, and additional documents, if required or uncovered, will be furnished as they become available.

We remain committed to cooperating fully with the discovery process and complying with all court orders regarding the production of documents.

**Respectfully submitted,**
Tiny Cocoons,

Yinan ("Chloe") Liu, *[signature]*

Christopher Baer *[signature]*

**Dated: October. 11, 2024**