**Appendix - A**

# Invoice

Invoice No.
2022.0601.T1A_A

Yinan Liu

| Description | Amount |
|---|---|
| **Design Consultation Services and Project Management for 20' Tiny House on Wheels:** | |
| Initial Consultation (2 hours) | $450 |
| Follow-up Consultation (2 hours) | $450 |
| Site Visits | $850 |
| Preliminary Design Sketches | $1,200 |
| Concept Development | $1,850 |
| Final Design Development | $2,000 |
| Material and Finish Selection Consultation | $1,250 |
| Detailed Drawings, Interior Renderings, Exterior Renderings | $3,200 |
| Project Management (includes coordination with the builders) | $2,500 |
| Revisions and Adjustments | $1,500 |
| Final Design Presentation Package | $1,100 |
| Fund to Purchase Refrigerator, Washer/Dryer Combo, and Interior Fixtures (hardware, hangers, etc.) | $5,995.32 |

**Date :**
01st June 2022

**Recipient :**
Tiny Cocoons Inc

**Consultant Mailing Address :**

2237 Delaware Dr, West Lafayette, IN, 47906
United States

| | SUB-TOTAL | $22,345.32 |
|---|---|---|
| | TAX (0%) | $0 |
| | TOTAL | $22,345.32 |
| Thank you for the business | AMOUNT DUE (100%) | $22,345.32 |
| Yinan Liu | | |

**Make check or transfer payable to :**
Yinan Liu
Account No.: 529391200
Routing No.: 074000010
(direct deposit & ACH)
Routing No.: 021000021
(wire transfer)

Appendix - B




**Baer Enterprises Inc.**
**"True Tiny Homes"**
PO Box 555
210 E. Third St.
Brookston, IN 47923

765-437-7314

# Quote

| Distributor No. | Date |
|---|---|
| 989 | 05/17/22 |

| Distributor Name, Address, Contact Info |
|---|
| Tiny Cocoons |
| Deleware St |
| West Lafayette, IN |
| 47906 |

| Promotional Code |
|---|
| 20' Custom THOW - Tan/White/Red In... |

| Description | Quantity | Cost | Total |
|---|---|---|---|
| 1. Custom Build 20' Tiny House On Wheels<br>- This quote is for the partially built unit that is in our shop.<br>- This unit has been framed on the lower level and does not have the roofline built or interior walls yet. There is no electric or plambining.<br>- This home measures 8'6" x 20' with an 18" bumpout over the trailer tongue. The home is 24' long with the tongue included.<br>- We are willing to make minor changes, but are not interested in major changes on the existing framwork of this unit. If major changes are required we would prefer to start from scratch with a new build and different timing. We do agree to add a side door in place of a current window. Changes to the rear enterance door or framwork must fit into the current configuration.<br>- This home will be completed upon acceptance of all parties of an approved design with a 6 week build time frame from the exchange of the full selling price. Any changes to the design could effect timing.<br>- Heating and air will be Mr Cool mini-split.<br>- Electrical will be 50 Amp with an RV-style connector unless otherwise specified.<br>- Water heat will be tankless elctric.<br>- Incoming fresh water and outgoing waste water will be stubbed off outside of the home with standard shut off valves.<br>Notes:<br>1. This offer is a one time offer on this home sold directly to Tiny Coccons for this order and it expires 05/20/2022 at 5 PM.<br>2. All basic lumber materials will be purchased within the first 2 weeks of | 1 | 60,523.00 | 60,523.00T |

| | Total | |
|---|---|---|

BEI Standard Payment Terms are Time Of Order.
Shipping is to be charged according to order and is paid by the customer.
Tax Exempt Forms must be signed and returned before acceptance of any order.
Order acceptance based on final approval BEI President.

Sign here: _____

**"True Tiny Homes" is a subsidiary of Baer Enterprises Inc.**

Date here: _____

Page 1

**Appendix - C**

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2022 through June 30, 2022

Account Number: ●●●●●●●●●●●●●●●●

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00025795 DRE 053 212 18222 NNNNNNNNNNN  1 000000000 64 0000
TINY COCOONS INC.
2237 DELAWARE DR
WEST LAFAYETTE IN 47906-1917

## Good news – You now have more time to avoid overdraft fees

With Chase Overdraft Assist[SM,1], we won't charge an overdraft fee ($34 Insufficient Funds Fee) if you're overdrawn by $50 or less at the end of the business day. And now, for Chase Business Complete Checking[SM], Chase Total Business Checking®, Chase Business Classic Checking[SM], and Chase Business Select Checking[SM] accounts, we won't charge an overdraft fee if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the next business day (you have until 11pm ET / 8pm PT to make a deposit or transfer[2]).[3]

### Receive alerts when your account balance is overdrawn with Account Alerts[4]

- You can sign up to receive alerts by email, text message and push notification when your account is overdrawn. This alert will also notify you when your account is overdrawn by more than $50 and you need to make a deposit or transfer to avoid overdraft fees.
- If you'd like to enroll, you can sign in to chase.com or the Chase Mobile® app[5], select "Alerts" from the navigation menu and follow the instructions to choose "My account is overdrawn" alert and delivery methods.

As a reminder, we pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. You're responsible to make a deposit or transfer to avoid overdraft fees, even if you do not receive a notification alerting you that your account is overdrawn more than $50.

For eligibility and additional information on our overdraft services and associated fees for Chase Business Complete Checking and other products, please refer to the Additional Banking Services and Fees for Business Accounts (chase.com/business/disclosures), or call us at the number on your statement. We accept operator relay calls.

[1]Chase Overdraft Assist is available with eligible accounts and products, and does not require enrollment.
[2]If you make a deposit or transfer this assumes we don't place a hold on the funds or that a check deposit is not returned.
[3]For Chase Performance Business Checking®, Chase Platinum Business Checking[SM], Chase Analysis Business Checking[SM], certain complex products (such as Automatic Dollar Transfer (ADT)), or for other accounts with discretionary overdraft review, you will only have until 11pm ET (8pm PT) on the same business day, and not the next business day, to make a deposit or transfer to bring your account balance to overdrawn by $50 or less.
[4]Account Alerts: There is no charge from Chase, but message and data rates may apply. Delivery of alerts may be delayed for various reasons, including service outages affecting your phone, wireless or internet provider; technology failures; and system capacity limitations. Any time you review your balance, keep in mind it may not reflect all transactions including recent debit card transactions or checks you have written. A qualifying Chase transfer account is required to transfer funds via text.
[5]The Chase Mobile app is available for select mobile devices. Message and data rates may apply.

## Important changes: Chase Business Complete Checking[SM]

Starting with the October monthly statement period, we're updating the ways you can avoid the Monthly Service Fee, as follows:

If you meet any of the following qualifying activities for each Chase Business Complete Checking account in a monthly statement period, we will waive the $15 Monthly Service Fee:
- Maintain a linked Chase Private Client Checking[SM] account OR

# CHASE

June 01, 2022 through June 30, 2022

Account Number: [redacted]

- Meet Chase Military Banking requirements OR
- Fulfill at least one of the following qualifying activities:
  1. <u>Minimum Daily Ending Balance</u>: Maintain a minimum daily ending balance of at least $2,000 in the Chase Business Complete Checking account each business day during the monthly statement period[1]
  2. <u>Chase Payment Solutions[SM] Activity</u>: Have at least $2,000 of aggregate eligible deposits[2] into the Chase Business Complete Checking account at least one day before the end of the monthly statement period[3] using one or more of the following:
     - Chase QuickAccept[SM] including Chase Smart Terminal[SM]
     - InstaMed Patient Payments and InstaMed Patient Portal
     - Other eligible Chase Payment Solutions products[4]
  3. <u>Chase Ink® Business Card Activity</u>: Spend at least $2,000 on eligible purchases[5] in the most recent monthly Ink card billing cycle[6]

[1]The monthly statement period for Chase Business Complete Checking ends on the last business day of each month. For the purposes of the Minimum Daily Ending Balance requirement, the last day of the monthly statement period is excluded.
[2]Eligible deposits are net of chargebacks, refunds, or other adjustments.
[3]The cutoff time for eligible deposits from QuickAccept, InstaMed, and other eligible Chase Payment Solutions, is 11:59 p.m. Eastern Time one day prior to the last day of your Chase Business Complete Checking monthly statement period. For example, if your Chase Business Complete Checking monthly statement period ends on November 30, the cutoff time would be 11:59 p.m. Eastern Time on November 29.
[4]An eligible product has a transaction history that is viewable on Chase Business Online, Chase Connect ®, or J.P. Morgan Access®.
[5]Eligible purchases must be made using Chase Ink Business Card(s) associated with the same business as your Chase Business Complete Checking account, as reflected in Chase records, and must earn Chase Ultimate Rewards ® points. Certain purchases and transactions are excluded from earning Chase Ultimate Rewards points, as described in your Rewards Program Agreement available on chase.com/ultimaterewards.
[6]The most recent monthly Ink billing cycle will be used if it's different from your Chase Business Complete Checking monthly statement period.

## On August 21, 2022, fees for cashier's checks and counter checks are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Cashier's check fee:** This fee will increase from $8.00 to $10.00 per check.
- **Counter check fee:** This fee will increase from $2.00 to $3.00 per page.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking[SM] accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY
Chase Business Complete Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$6,741.06** |
| Deposits and Additions | 3 | 89,778.77 |
| ATM & Debit Card Withdrawals | 5 | -163.11 |
| Electronic Withdrawals | 17 | -92,498.31 |
| **Ending Balance** | 25 | **$3,858.41** |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

# CHASE 🟎

June 01, 2022 through June 30, 2022

Account Number: ▉▉▉▉▉▉▉▉

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Orig CO Name:Stripe    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000011609294 Eed:220601   Ind ID:St-L2A7H3H3M0N2    Ind Name:Tiny Cocoons Inc Tm: 1521609294Tc | $83,873.00 |
| 06/08 | Online Transfer From Chk ...1965 Transaction#: 14530123260 | 777.77 |
| 06/09 | Orig CO Name:Stripe    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000017431168 Eed:220609   Ind ID:St-J9M5H9G4O4O1    Ind Name:Tiny Cocoons Inc Tm: 1607431168Tc | 5,128.00 |
| **Total Deposits and Additions** | | **$89,778.77** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Recurring Card Purchase 06/03 Squarespace Inc. Httpssquaresp NY Card 5194 | $35.00 |
| 06/06 | Recurring Card Purchase 06/02 Metronet Cnp 877-4073224 KS Card 5194 | 90.55 |
| 06/06 | Card Purchase    06/03 Google*Domains Support.Googl CA Card 5194 | 12.00 |
| 06/17 | Card Purchase    06/17 Etsy.Com - Rozenco 718-8557955 NY Card 5194 | 8.93 |
| 06/21 | Card Purchase    06/18 Google*Domains Support.Googl CA Card 5194 | 16.63 |
| **Total ATM & Debit Card Withdrawals** | | **$163.11** |

## ATM & DEBIT CARD SUMMARY

Yinan Liu Card 5194

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $163.11 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $163.11 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | 06/01 Online ACH Payment 5337760515 To Baerenterprisesinc (_##4055) | $64,760.00 |
| 06/02 | 06/02 Online ACH Payment 5338098453 To Chloeestate (_#####1200) | 22,345.32 |
| 06/06 | Orig CO Name:Shen Zhen Qian H    Orig ID:770510487C Desc Date:    CO Entry Descr:lat Paypalsec:Web    Trace#:021000029510280 Eed:220606   Ind ID:1020490686944    Ind Name:Gooo Lab | 103.29 |
| 06/06 | Orig CO Name:Yang Sheng Kai    Orig ID:770510487C Desc Date:    CO Entry Descr:lat Paypalsec:Web    Trace#:021000023127499 Eed:220606   Ind ID:1020528208811    Ind Name:Gooo Lab Tm: 1573127499Tc | 119.82 |
| 06/08 | 06/08 Online ACH Payment 5338794311 To Baerenterprisesinc (_##4055) | 3,852.00 |
| 06/09 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220609 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000021938036 Eed:220609   Ind ID:Shein    Ind Name:Gooo Lab | 129.65 |
| 06/10 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220610 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000022236799 Eed:220610   Ind ID:Instacart    Ind Name:Gooo Lab | 119.63 |
| 06/13 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220612 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000028546861 Eed:220613   Ind ID:Instacart    Ind Name:Gooo Lab | 108.59 |





**CHASE**

June 01, 2022 through June 30, 2022

Account Number:

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | Orig CO Name:Dukeenergycorpor    Orig ID:4700130001 Desc Date:Jun 22 CO Entry Descr:Web_Pay  Sec:CCD   Trace#:021000027501797 Eed:220621  Ind ID:08503244061722 Ind Name:1110415482 Trn: 1727501797Tc | 309.18 |
| 06/21 | Orig CO Name:Vectren Energy    Orig ID:1350793669 Desc Date:220617 CO Entry Descr:Pymt   Sec:PPD   Trace#:074000065897461 Eed:220621  Ind ID: Ind Name:02621914941500233l2Web Trn: 1725897461Tc | 306.33 |
| 06/21 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220619 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000026177795 Eed:220621  Ind ID:Quickbooks    Ind Name:Gooo Lab | 12.50 |
| 06/27 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220627 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000025761987 Eed:220627  Ind ID:Instacart    Ind Name:Gooo Lab | 30.46 |
| 06/28 | Orig CO Name:Indiana - Americ    Orig ID:7350936102 Desc Date:062822 CO Entry Descr:Payment  Sec:PPD   Trace#:042000015227621 Eed:220628  Ind ID: Ind Name:Yinan Liu Trn: 1795227621Tc | 34.60 |
| 06/29 | Orig CO Name:Shen Zhen Qian H    Orig ID:770510487C Desc Date:    CO Entry Descr:Iat Paypalsec:Web   Trace#:021000029546490 Eed:220629  Ind ID:1020935719728 Ind Name:Gooo Lab | 119.40 |
| 06/29 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220629 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000026313817 Eed:220629  Ind ID:Instacart    Ind Name:Gooo Lab | 37.19 |
| 06/29 | Orig CO Name:Paypal    Orig ID:Paypalsi77 Desc Date:220629 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000026319819 Eed:220629  Ind ID:Instacart    Ind Name:Gooo Lab | 29.51 |
| 06/30 | Orig CO Name:Att    Orig ID:9864031004 Desc Date:062922 CO Entry Descr:Payment  Sec:PPD   Trace#:031100206350428 Eed:220630  Ind ID: Ind Name:Tiny Cocoons Inc Trn: 1816350428Tc | 80.84 |

**Total Electronic Withdrawals**  $92,498.31

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $25,854.06 | 06/09 | 5,072.20 | 06/27 | 4,159.95 |
| 06/02 | 3,508.74 | 06/10 | 4,952.57 | 06/28 | 4,125.35 |
| 06/03 | 3,473.74 | 06/13 | 4,843.98 | 06/29 | 3,939.25 |
| 06/06 | 3,148.08 | 06/17 | 4,835.05 | 06/30 | 3,858.41 |
| 06/08 | 73.85 | 06/21 | 4,190.41 | | |

**CHASE** 🟦

June 01, 2022 through June 30, 2022

Account Number: 

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



![CHASE logo]

June 01, 2022 through June 30, 2022

Account Number:

This Page Intentionally Left Blank

Appendix - D

## PROJECT EXPENDATURES

$34,000 – Initial base build. Lower level framing, sub floor structure, trailer, windows, insulated haul, decking, design plan – material and labor
$9,300 – Reconfigure door/windows placement, 2nd loft, bump out – material and labor
$11,000 – Upper level framing minus loft – material and labor
$2,500 – Steel roof and trim - material and labor
$11,800 – Cedar siding – material and labor
$2,200 – Door, window adds, custom picture window – material and labor
$2,100 – Electrical panel change, wiring, fixtures – material and labor
$2,300 – Spray foam insulation – material and labor
$1,800 – Loft T & G, support – material and labor
$3,500 – Heating & Air – started, not complete
$5,500 – Cabinets – started, not complete
$2,300 – Flooring - not complete
$1,800 – Plumbing – not complete
$3,500 – Bathroom shower, sink. Stool, tile – started, not complete

## LABOR

Over the course of this build project, we used 2 primary builders in addition to myself, with added help from the Hispanic community. Labor was paid in cash for <u>direct</u> workers. Specialty service labor was used for items like heating and air. We also had various teenage workers from the local high school in the early phase of the build.

1) Nicandro Herrera - Hispanic labor consultant. Nic was the primary on initial framing efforts. He used a few different Hispanic resources to assist him.
2) Ron Thomas – Project manager. Ron covered many aspects of the build, including finish framing, cedar siding install, window placement, door installation, insulation, and trim work. Rom worked alone or with me directly.

## MATERIALS

A majority of the materials were bought locally at Menards, Home Depot, and Lowes. We use multiple window suppliers, steel suppliers, etc. Specialty products, like cedar, were purchased direct from mills at the time of this build. The mills use brokers for the most part. Materials were often bought in bulk early on and product was used on multiple projects.

## EXPLANATION

At the current time I am unable to obtain receipts with the closure of the business. The bank took possession of the property and all items that were locked inside. We have been unable to negotiate release of computers, documentation, equipment, tools, supplies, or personal items.

The best receipts we have for proof of build are the photos of the tiny house and customer communication that has previously been submitted. The customer reviewed the home on 2 separate visits and via multiple video chat conferences. We also spoke with their site developer on one occasion.

In regards to acquiring addition banking transcripts, I have contacted Bank Of Wolcott in Monticello, Indiana in efforts to obtain these records. With the close of all accounts leading up to and the closure of the business, it has been difficult to do. All online accounts have been locked and archived. I have spoken with a clerk who can research my accounts for a fee. This process is a work in progress.

## 3-Mo. TIMING RESPONSE

In reference to the 3-month guaranteed timing schedule, it was made very clear that 3 months was the BEST timing to finish the existing build with no changes. Many changes were made to the original design upon the customer's request.

1) Added 2nd loft added
2) Change door location from rear entry to side entry.
3) Window location from sides to accommodate the door changes.
4) Picture window added to the hitch end.
5) Bump-out reconfiguration to match loft changes.
6) Change siding from painted OSB flat lap siding to cedar T & G siding.
7) Electrical service upgrade from 100 amp to 200 amp.
8) Bathroom moved from front to rear.
9) Total electrical redesign from flipping the floor plan layout and added 2nd loft.

There was a delay on the big picture window and the cedar add was much more expensive with heightened material prices and availability. These changes were discussed verbally and approved by the customer. At one point the customer offered additional capital to pay for the extensive changes. I told the customer that we would hold until we were farther along before totaling those charges.

I would also like to mention the dramatic changes were made on the fly going into the winter months, in which we slowed the pace down due to weather restrictions. These restrictions were discussed with the customer.

## PREVIOUS CUSTOMER LAWSUITS

At the time of the Weiskopf build, there were other projects in process of completion, rescheduling, abandonment, and cancelation. There were 4 projects that were tied up in court due "non-cancelation" clauses in the contracts. In all cases both parties were understanding to the incredible increase in material pricing and extended lead times. In 3 of the cases, I agreed, without a lawyer, to repay the money spent with the company in full, also paying 8% interest and legal fees. The 4th case was litigated over an extended time and dropped.

Repayment of those projects was done through various means, mostly through the sale of personal equipment assets of my CNC business and the tiny home venture. The Weiskopf project was a resale of an existing build.

The funds from the Weiskopf build were used to build his home that was cancelled approximately 75% through completion. The best material evidence of this fact was the house, in which Mr. Weiskopf visited 2 times during the build and was pleased. This is documented in previous submissions.

Material for varying phases of the build are often bought in bulk and shared across multiple projects. The same is true of labor and other aspects of running a small business, especially during trying economic downturns.

10/10/2024
Dear Mr. and Mrs. Weiskopf,

I am writing this letter in effort to resolve the current court case concerning the tiny home our company was building for your family. It seems the simple build we were doing for you has gotten way out of hand in dealing with multiple angles of legal scrutiny. I would like to offer my best solution for a positive resolution for both parties.

As you may know, Baer Enterprises Inc has recently closed the doors after enduring 4-5 years of grueling world economic times. What started out an exciting adventure helping good people build their dream tiny homes, went south with the materials and labor market. Costs went sky high and good help became harder and harder to find. Ultimately, it was the agreed upon cancelations on "non-cancelable custom builds" that were just too much to sustain.

Approximately 2 months ago the bank put locks on the business and my home. I was not able to recover any of the belongings from the building in Brookston, including computers, documentation, materials, equipment, and tools. At his point my only options are bankruptcy or making a positive deal with you. I am researching access to my Cestui Que Vie Trust now in hopes of a quicker pay-off timeline.

Despite the pains of losing everything, I am still hopeful in finding a solution to pay you what is owed from the build. I would also be willing to pay an additional 8% interest on the money from the time of the cancelation until you are paid fully. If you will accept this offer, I would like to create a promissory note to be paid no later than June 1, 2025 for a total of $135,000.00. In return, I would like to have the case against Tiny Cocoons, Yinan Liu, and myself put on hold until that time or removed upon full payment.

It is my hope that with current changes in the world financial system and upcoming political process, that we can re-acquire good financial standing and make full payment on this project. It is now and has always been our goal to be fair and honest in all business dealings...and in life. Unfortunately, the legal process has put everyone in an aggressive position of trying to "win" at any cost. I don't want to play that game.

I shook your hand when we started this project, and I want to shake your hand when the full payment is made back to you. I am very sorry for the extended time it took to build the project...I truly am sorry.

Kind regards,

*(signature)*

Chris Baer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OR INDIANA
HAMMOND DIVISION AT LAFAYETTE

DANIEL WEISKOPF and
ELIZABETH WEISKOPF,
    Plaintiffs,

v.                                CAUSE NO.: 4:23-CV-71-JEM

TINY COCOONS, Inc., et al.,

    Defendants

As the signatory of Cestui Que Vie Trust Account No. 000303922110, I, Christopher T Baer, would like to pay the balance of $135,000.00 USD in full regarding UNITED STATES DISTRICT COURT OF NORTHERN INDIANA Case No. 4:23-CV-71-JEM to the Plaintiffs, Mr. Daniel and Mrs. Elizabeth Weiskopf on this day October 11th, 2024.

At which point this payment is deemed complete, I would request that the case be closed for all parties.

Thank You,

*[signature]*
Christopher T Baer

CHRISTOPHER T BAER
000303922110