AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DANIEL WEISKOPF

ELIZABETH WEISKOPF

    Plaintiffs

      v.    Civil Action No. 4:23-cv-71

TINY COCOONS, INC.
TERMINATED: 12/03/2024

YINAN LIU, *also known as* Chloe

CHRIS BAER

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X**   JUDGMENT IS ENTERED in favor of the Plaintiffs, Daniel Weiskopf and Elizabeth Weiskopf, and against Defendants, Yinan Liu and Chris Baer, on the conversion claim in the amount of Ninety-Seven Thousand Nine Hundred and Five Dollars and Zero Cents ($97,905.00) for actual damages, enhanced damages of One Hundred Ninety-Five Thousand Eight Hundred and Ten Dollars and Zero Cents ($195,810.00), attorneys' fees of Sixteen Thousand and One Hundred Dollars and Zero Cents ($16,100.00), prejudgment interest at the simple interest rate of 8% through August 28,2025, in the sum of Fifteen Thousand Nine Hundred and Twenty-One Dollars and Zero Cents ($15,921.00), and post-judgment interest at the rate of 8% pursuant to Indiana state law from August 29, 2025, daily until paid, plus post-judgment interest at the rate of 3.85% per annum, along with costs.

  JUDGMENT IS ENTERED in favor of the Plaintiffs, Daniel Weiskopf and Elizabeth Weiskopf, and against Defendant Yinan Liu on the conversion claim in the amount of Twenty-Two Thousand Three Hundred and Forty-Five Dollars and Zero Cents ($22,345.00) for actual damages, enhanced damages of Forty-Four Thousand Six Hundred and Ninety Dollars and Zero Cents ($44, 690.00), attorneys' fees in the sum of Sixteen Thousand and One Hundred Dollars and Zero Cents ($16,100.00), prejudgment interest at the simple interest rate of 8% through August 28,2025 in the sum of Three Thousand Six Hundred and Thirty-Three Dollars and Ninety-Seven Cents ($3,633.97), and post-judgment interest at the rate of 8% pursuant to Indiana state law from August 29,2025 until paid, plus post-judgment interest at the rate of 3.85% per annum, along with costs.

JUDGMENT IS ENTERED in favor of Plaintiffs Daniel Weiskopf and Elizabeth Weiskopf and against Defendant Chris Baer on the conversion claim in the amount of Seventy Thousand Six Hundred and Twelve Dollars and Zero Cents ($70,612.00) for actual damages, enhanced damages

of One Hundred Forty-One Thousand Two Hundred Twenty-Four Dollars and Zero Cents ($141,224.00), attorneys' fees in the sum of Sixteen Thousand and One Hundred Dollars and Zero Cents ($16,100.00), prejudgment interest at the simple interest rate of 8% through the date of this judgment in the sum of Eleven Thousand Four Hundred Eighty-One Dollars and Twenty-Eight Cents ($11,481.28) from August 16,2023 to August 28, 2025, and post-judgment interest at the rate of 8% pursuant to Indiana state law from August 29, 2025 until paid, plus post-judgment interest at the rate of 3.85% per annum, along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

☐ Other: _____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Magistrate Judge John E Martin, on Plaintiffs' Motion for Partial Summary Judgment.

DATE:  09/03/2025                    CHANDA J. BERTA, CLERK OF COURT

                                     by      s/N. Corle
                                          *Signature of Clerk or Deputy Clerk*